Case: 1:21-cv 1

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

SUSAN SELTZER, (Pro Se)

Plaintiff.

v.

FINANCIAL INDUSTRY REGULATORY

AUTHORITY

1735 K. Street N.E.

Washington D.C. 20006

Defendant.

Case: 1:22–cv–00330
Assigned To : Cobb, Jia M.
Assign. Date : 2/2/2022
Description: Pro Se Gen. Civ. (F-DECK)

## COMPLAINT

Plaintiff Susan Seltzer brings this defamation action against Defendant Financial Industry

Regulatory Authority ("FINRA"), Pro Se.  Counsel cannot be obtained due to the "odious"

defamation, published, and republished by Defendant, as demonstrated in this filing.  Plaintiff

learned on January 21, 2022, the (1) resolution of a related Case, *Kosen et al,* and Plaintiff's

attempts to reopen were misdirected due to a "fraud on the court", in a new related case filing,

*Seltzer v Michael Lieder et al*, and (2) the statute of limitations for this related case is soon,

(Defendant FINRA) necessitating a filing with the Court, prior to resolution of the related Writ

of Mandamus, *Seltzer v Gensler*, 21-02093JMC.  Plaintiff apologies in advance for taking the

time of the Court for the *Kosen et al* filings, which could have been eliminated by defendants in

the related Action, *Michael Lieder et al,* if defendants had not concealed the wrongdoing from

both the Plaintiff and the Court from 2004 to present.

# INTRODUCTION

1. This is an action for defamation, defamation[1] per se, based on excessive publication by FINRA and potentially its member firms, through its entitlement system and private business, FINRA Awards Online website and proprietary software.

2. In violation of FAA, FINRA intervened and participated in an Arbitration, created an Award document based on defamatory statements, not truthful and not fact based.

3. The false and defamatory statements have caused significant harm and injury to Plaintiff's personal and professional reputation.

4. FINRA staff, on the first day of the hearing, (FINRA Arb. 17-01857) intervened and initiated personal and defamatory attacks against Plaintiff. These defamatory statements were repeated on the record by Panel Chair and FINRA's hired security guard on the second day of the Hearing in FINRA Arbitration 17-01857. These defamatory statements included false criminal allegations against Claimants.

5. The absolute immunity for statements in an Arbitration are lost due to (1) FINRA's repeated intervention in the Forum, arbitration 17-01857 in direct violation of FAA rules and (2) the excessive publication and republication with malice of the defamation, with full knowledge of its falsity, through FINRA's private website.

6. This case is about a relentless defamation campaign that ensued and continues against Plaintiff by FINRA through its private corporation's website, software tools and Google Marketing services available to all webmasters. FINRA removed the defamation[2] and then

---

[1] According to District of Columbia law, defamation claims have four elements:
- the defendant made a false and defamatory statement concerning the plaintiff;
- the defendant published the statement without privilege to a third party;
- the defendant's fault in publishing the statement amounted to at least negligence; and
- either the statement was actionable as a matter of law irrespective of special harm or its publication caused the plaintiff special harm.

republished the defamation in a new format on February 4, 2021.  FINRA republished new

defamation in a "knowledge graph" (See Exhibits A, A-1, and B), within the past year.

7.  FINRA discloses in its Terms of Agreement in its Arbitration Awards Online, that FINRA

may collect generic tracking data related to end users' use of Arbitration Awards Online.

FINRA uses Amazon Web Services (AWS) software in conjunction with its entitlement

system and Arbitration Awards Online(AWO) to create "knowledge graphs."[3]


## THE PARTIES

8.   Plaintiff Susan Seltzer is an individual investor and filed an arbitration, as mandated in a

brokerage agreement with broker-dealer, US Bancorp Investments Inc, for recovery of

damages for breach of securities laws; breach of fiduciary duty, negligence, failure to

---

[2] In January 2021 FINRA removed the Award document, (see screen shot below) tagged to Plaintiff's name, but began republishing the defamation again on February 4, 2021, in different formats and with different tags.  DC Court local rule's statute of limitations for libel, slander, assault, battery, mayhem, wounding, malicious prosecution, false arrest, or false imprisonment – is 1 year;  The DC court uses the single publication rule.  If the purported defamatory content is re-published to a substantially different audience or is altered in a substantial way, a new statute of limitations period may begin to run.



[3] Google Knowledge Graphs:  Here is an explanation from Google on their Knowledge Graphs where API's and data are linked through Google and Webmaster Tools. Define and Refine search using Knowledge Graph Entities
    The Knowledge Graph is used by Google Search to help users discover information more quickly and easily.  The Knowledge Graph has millions of entries that describe real-world entities like people, places, and things. These entities form the nodes of the graph and are called Knowledge Graph Entities.
    Programmable Search Engine supports using Knowledge Graph Entities to
    • Define which pages the search engine searches.
    • Create Refinements to narrow down search results within a search engine.
    Defining a search engine with Knowledge Graph Entities
    Using the "Setup > Basic" page of the Programmable Search Engine Control Panel, you can configure your search engine to restrict search to only those web pages that are about specific Knowledge Graph Entities.

supervise, 10b-5 violations, breach of contract (ACAT Transfer) and failure to route option

limit order trades in accordance with industry standards, causing losses. Plaintiff was CEO

of a now-dissolved Minnesota based specific benefit corporation. Plaintiff was one of the

four lead Plaintiffs in a civil rights class action for female advisors, *Kosen et al*, a related

closed case.

9.   FINRA is a nonprofit membership corporation incorporated under the laws of Delaware.

FINRA was formed in July 2007 when the National Association of Securities Dealers

consolidated its operations and merged with the regulatory function of the New York Stock

Exchange. It is the sole "self-regulatory organization' registered with the SEC pursuant to

the Maloney Act of 1938, 15 U.S.C. §78o-3, which amended the Exchange Act.

10.  FINRA, as a private corporation, owns FINRA Awards Online. As an SRO established

under the Exchange Act, FINRA makes available an arbitration forum—pursuant to rules

approved by the SEC—but "has no part in deciding the award." FINRA Arbitration Awards

Online is a proprietary product and employs proprietary software. FINRA reserves all

intellectual property and proprietary rights in and to FINRA Arbitration Awards Online.

FINRA is the exclusive and rightful owner of, and retains all worldwide right, title and

interest in and to, all registered and unregistered, and any future registered, names,

trademarks, trade dress, service marks, domain names, and logos, or any derivation thereof,

and all goodwill therein, of FINRA and its affiliates ("Licensed Marks").

11.  Because they perform a variety of vital governmental functions, but lack the sovereign

immunity that governmental agencies enjoy, SROs, such as FINRA, are protected by

absolute immunity when they perform their statutorily delegated adjudicatory, regulatory,

and prosecutorial functions. *See Barbara v. New York Stock Exch.,* 99 F.3d 49, 59 (2d

Cir.1996); *Austin Mun. Sec., Inc. v. Nat'l Ass'n of Sec. Dealers, Inc.,* 757 F.2d 676, 692 (5th

Cir.1985).  FINRA Awards Online, a proprietary, non-governmental product is not a

regulatory and prosecutorial function of an SRO.

## JURISDICTION AND VENUE

12. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332 in that there is diversity

between the parties to this litigation and the amount in controversy exceeds $75,000.  FINRA

is a Delaware corporation, and, upon information and belief, has its principal place of

business at 1735 K. Street, NW in Washington D.C. Venue is proper in this District under 28

U.S.C. §1391 because the Defendant resides in the district and is subject to the Court's

jurisdiction.

## FACTUAL ALLEGATIONS

13.  FINRA discloses in its Terms of Agreement in its Arbitration Awards Online, that FINRA

may collect generic tracking data related to end users' use of Arbitration Awards Online.

FINRA uses Amazon Web Services (AWS) software in conjunction with its entitlement

system and Arbitration Awards Online to create "knowledge graphs."[4]

---

[4] Google Knowledge Graphs:  Here is an explanation from Google on their Knowledge Graphs where API's and data are linked through Google and Webmaster Tools. Define and Refine search using Knowledge Graph Entities
The Knowledge Graph is used by Google Search to help users discover information more quickly and easily.  The Knowledge Graph has millions of entries that describe real-world entities like people, places, and things. These entities form the nodes of the graph and are called Knowledge Graph Entities.
Programmable Search Engine supports using Knowledge Graph Entities to
- Define which pages the search engine searches.
- Create Refinements to narrow down search results within a search engine.
Defining a search engine with Knowledge Graph Entities
Using the "Setup > Basic" page of the Programmable Search Engine Control Panel, you can configure your search engine to restrict search to only those web pages that are about specific Knowledge Graph Entities.

14. FINRA provided the Forum for FINRA Arbitration 17-01857, where Plaintiff, under a mandatory arbitration agreement with a FINRA Member firm, filed a claim for losses derived from securities law violations, by U.S. Bancorp Investments, Inc (USBI).

15. November 6, 2018, before the deadline to file a Motion to Vacate, Plaintiff wrote FINRA's Director of Enforcement, Susan Schroeder, to request assistance resolving the matter of the defamation and two violations of Americans with Disabilities Act. (ADA)  FINRA never responded to the request to remove FINRA initiated defamation nor for resolution of the ADA claims in the Arbitration Forum that Defendant sponsors in accordance with all existing Federal laws, including ADA.

16.  Despite Respondent USBI's Motion to Dismiss, after the evidentiary hearing, whereby Panel determined the claims *did* have merit, (Panel chose not to honor Respondent's Motion to Dismiss all claims with prejudice), the Panel Chair asked Plaintiff to leave the Hearing room when Plaintiff had pleaded to the Panel to honor *both* Claimants' objections to order Respondent Counsel, Shawn Larsen-Bright, Dorsey & Whitney, to cease and desist from an abusive and demeaning line of cross-examination.

17. Plaintiff and her spouse left the hearing room, without issue and without supervision of security, within less than one minute of being requested to do so.

18. FINRA staff intervened in the Arbitration more than four times and worked with the Panel Chair to craft an Award document that was false, non-factual and defamation per se.  As but one example, FINRA had intervened and removed Panel Chair Brahin, because she failed to recuse at Claimants' request.  FINRA knew firsthand Chair Brahin had not "withdrawn" due to Plaintiff's "viciousness".  The removal of Brahin, by FINRA[5], is confirmed at the DR

---

Portal and the February 15, 2018, letter from FINRA Senior Case Coordinator, Guillermo

Flores, demonstrates FINRA staff removed Brahin after Plaintiff provided additional detail

on the conflict of interest posed by a family member in the industry, that led to Brahin's

Order to dismiss certain pleadings that related to the broker-dealer where Brahin's sister-in-

law worked.

19.  FINRA knew that a statement about Plaintiff's "viciousness" was categorically false and

defamation per se; yet FINRA published it publicly, excessively, with full knowledge of its

falsity.

20.  As the DR Portal confirms, Brahin refused to recuse herself and refused to even reply to

Claimants' request for recusal.[6].

21.  Because a Claimant has valid reasons to request FINRA Director of Arbitration remove a

Panel Chair, does not permit FINRA to then defame an investor in a public award document

about such a removal by FINRA of a Panel Chair.  This will have a chilling effect on any

---

[5]

| TO: | Shawn Larsen Bright, Esq.<br>Jonathan and Susan Seltzer |
| --- | --- |
| From: | Guillermo Flores<br>Senior Case Coordinator |
| Subject: | FINRA Office of Dispute Resolution Arbitration Number 17-01857<br>IRA of Jonathan M. Seltzer, Rev Trust of Jonathan M. Seltzer, et al. vs. U.S. Bancorp<br>Investments, Inc., et al. |
| Date: | February 15, 2018 |

Please be advised that Arbitrator Lynn Hirschfeld Brahin, J.D. has been removed from the above
referenced case.  FINRA has attempted to find a replacement from the list of ranked arbitrators.
In this case, however, there are: 1) no mutually acceptable arbitrators remaining on the list; or 2)
no arbitrators on the list available to serve.  In such instances, the Code of Arbitration Procedure
requires that FINRA staff "extend the list" by randomly generating names of additional

[6] Brahin never responded to Plaintiff's request for recusal.  Claimants wrote to FINRA Director of Arbitration
requesting her removal on February 12, 2018, five days after the deadline to respond to the recusal request.  Brahin was
immediately removed on February 13, 2018, by FINRA Director of Arbitration.  Here is an excerpt of Plaintiff's email to
FINRA, Director;  that demonstrates unequivocally that Plaintiff is in no way "vicious"; it is a professional and reasoned request
based on Code of Arbitration; it demonstrates a request for a right to have a fair hearing:  Plaintiff wrote, FINRA Director of
Arbitration, "The standard for vacatur is appearance of bias; actual bias need not be shown. Ms. Brahin has demonstrated actual
bias with her sister-in-law's employment. We did not believe it would be an issue, but Ms. Brahin's ordering the deletion of
Wells Fargo cross-selling abuses, that mirror USBI's, is actual bias. FINRA Arbitrator guidelines stress to every Arbitrator:
Arbitration proceedings and awards must be free of all taint or even a perception of taint. Ms. Brahin's order, without a Motion in
Limine, to delete all references to Wells Fargo, FINRA's investigations of cross selling issues by Banks, given Ms. Brahin's
immediate family member is a Wells Fargo Advisor, is beyond a "perception of taint".

investor who fairly and appropriately requests removal of a Panel Chair due to concerning conflicts of interests.[7]

22.  FINRA and Panel have no privilege for these false statements; (1) Plaintiff's behavior is in no way relevant to the claims before the Panel and (2) Statements are only privileged when they are made by someone who is not involved whatsoever in the pending litigation, as FINRA staff did on June 25, 2018[8] .

23.  False criminal allegations made by the Panel Chair and security guard, (derived from a phone call from FINRA staff on the first day of the Hearing) on the second day of the Hearing had no relationship to the Claims before the Panel a violation of FAA.

24. FAA mandates an arbitration be "functionally equivalent to a trial." FINRA's staff's repeated intervention demonstrated that #17-01857 was in no way "equivalent to a trial."

25. The defamation in the Award was not privileged, subject to what some call "the fair reporting rule." Under the "substantial truth rule"[9], it is without question, (1) Plaintiff was not taken out by security; (2) plaintiff was never under the "supervision of security." She was free to come and go as she pleased. (3) Plaintiff unintentionally dropped a piece of paper once and a pen once, directly in front of her, in abject frustration at the repeated inappropriate and unjust actions. Plaintiff did not throw anything. (4) Plaintiff had a right to object to harmful and abusive cross-examination. Panel Chair used the verb *dropped* on the digital recording, "That

---

[7] Brahin's sister-in-law worked for Wells Fargo Advisors. Without a Motion in Limine, Brahin had ordered Plaintiff to remove all pleadings that referenced inappropriate cross-selling by Wells Fargo Advisors. Further, Brahin took another arbitration without first disclosing to Plaintiff, that she would serve as Panel Chair for a *third* arbitration for USBI. Brahin accepted this new USBI Arbitration after taking the USBI arbitration; it was then Brahin's third arbitration overseeing USBI. Brahin charged Plaintiff for considering the request to recuse.

[8] In *Post v. Mendel*, 510 Pa. 213, 507 A.2d 351 (1986), the Pennsylvania Supreme Court noted that immunity under the judicial privilege doctrine applies only to liability based on "those communications which are issued in the regular course of judicial proceedings, and which are pertinent and material to the redress or relief sought."

[9] Under the substantial truth doctrine, minor factual inaccuracies will be ignored so long as the inaccuracies do not materially alter the substance or impact of what is being communicated. In other words, only the "gist" or "sting" of a statement must be correct.

is the second time you have *dropped* something." Neither Claimant was permitted the most basic right to explain their objections to a line of questioning that deemed inappropriate, abusive.

26. The defamation in the Award concerning Plaintiff states, "Claimants abused the arbitration process by making <u>unsubstantiated allegations</u> and <u>ad hominem attacks against the Panel,</u> <u>Respondents, and Respondents' counsel</u> whenever they were unhappy about a ruling or the content of a pleading. This is categorically false. There is no factual statement or evidence of any unsubstantiated allegations; just the false and defamatory claim by FINRA.

27. Example One: Plaintiffs had asked for an ADA accommodation at the Hearing, for Plaintiff's hearing loss, which was required by federal law. Panel and FINRA had obligation under ADA to first review Plaintiff's medical records, prior to any Order denying the accommodation. The allegation that Dorsey's Shawn Larsen-Bright made to the Panel, "She is feigning a hearing disability to solely drive-up "costs of appearances for the three individual respondents" *is* a categorically false statement and defamatory. There was no "litigation privilege" for Larsen-Bright. This statement violated Federal law, ADA.

28. Example One continued: Panel then ordered, based on Respondent's false allegations, in direct violation of FINRA rules, that Plaintiff must pay for all "costs of appearances" of the three individual respondents, as requested by Dorsey in a pre-hearing. USBI requested "costs of appearances" including per diem, lost professional time, travel, lodging, day care for an indeterminate number of children, and other miscellaneous costs with no cap to the amount. Undefined "costs" that had been demanded by Respondent USBI, would be split with Respondent (50-50); but Claimant had no way to contain the Respondents' costs ordered by Panel. The Order has no defined limit to Respondents' "costs of appearances"; from luxury

accommodations to travel by private jet, to many unnamed and undefined expenses, which could have exceeded $75,000 or more. There was no statement in the Panel Order that "costs of appearances" that Plaintiff now must pay, had to be "reasonable."

29. Example One, continued: Plaintiff requested the Panel Chair remove this Order since it violated not only FINRA Rules, but Plaintiff would be forced to remove all three USBI individual respondents if this Order was not rescinded. Plaintiffs deemed this a form of "extortion' to force Plaintiff to remove all three USBI respondents. Panel Chair refused to change her Order and Claimants were forced to remove all three USBI Respondents. That was fact; not an "ad hominen" attack.

30. Example two: It is defamatory to state in an Award, that Claimant was "unhappy with a Panel Order"; this Order was a violation of ADA. FINRA staff would not agree to ensuring Panel would first request Plaintiff's medical records before making such an Order that violated both FINRA Rules and ADA. To ask for Plaintiff's medical records, *after* Plaintiff was forced to remove all three USBI individual respondents, is a violation of ADA. It is not an unfounded allegation. It is a federal law violation of ADA by FINRA and its appointed Panel, based on categorically false statements by Respondent and Respondent's Counsel; that had no litigation privilege, due to the ADA violation.

31. Forcing Claimants to remove the three individual respondents based on violation by FINRA and Panel and Respondent on a federal law violation, ADA, changed the course of the Arbitration, harming Claimants. As Claimant's spouse stated on the record such ADA violations and repeated personal attacks against both Claimants, that the Panel permitted throughout the entire proceeding, were a major contributor to Claimants' ongoing frustration

when the Panel Chair continued to permit abusive cross-examination by Shawn Larsen-
Bright.

32.  FINRA staff permitted the additional defamatory claim, in the Award,  knowing that
Claimants had asked FINRA's Director of Arbitration to remove the Panel for ADA
violations, among other issues:  "This Panel continued to serve in order to assure that
Claimants had the opportunity to present their case at the hearing, as scheduled,
notwithstanding persistent false accusations, which themselves are libelous."  Plaintiff had
asked Panel to recuse themselves after they ordered excessive and uncapped "costs of
appearances". Panel and FINRA had violated ADA, federal law. The Panel should have
recused themselves, as requested by Claimants.

33. There was not any false accusation which was "libelous".  If FINRA is going to place such
inaccurate, non-factual defamatory statements, they must provide the facts of the "ad
hominem attacks"; which they have not done; there was no false accusation, at any point,
against the Panel or Respondent or its Counsel. Within the confines of FINRA's arbitration
procedures, there was a request of the Panel to honor an ADA request for accommodations;
which was denied by a Panel who who insisted on maintaining their order[10] of unlimited,
excessive "costs of appearances" without first requesting Plaintiff's medical records, forcing
Claimants to remove the three individual named Respondents based on an Order for
unlimited costs that the Plaintiff could not accept.  The order was also in direct violation of
FINRA rules that prohibit investors, Claimants, pay for named respondents' costs of

---

[10] The Order of unlimited "costs of appearances" was based on a false statement by Respondent that Plaintiff was *feigning* a
hearing disability.  That should have been placed in the Awards Online.  An ADA accommodation was denied by FINRA and
Panel because a Member firm claimed an investor was feigning a disability and Panel and FINRA refused to first obtain
Plaintiff's medical records, before ordering unlimited, excessive "costs of appearances" against Plaintiff.

appearance. FINRA rules only permit "reasonable costs of appearances" for witnesses, not named Parties.

34. In sum, the Award as posted was prepared by FINRA, not the Panel and presented to the public as fact and then excessively published for an illegitimate purpose[11]. FINRA then, through its private corporation's website, not subject to SRO and Exchange Act oversight engaged in an illegitimate use of an arbitration. Absolute immunity does not extend to "marketing" activities outside of the SEC approved SRO forum.[12]

35. FINRA engaged in a non-governmental activity, private commercial conduct that caused the defamation. FINRA is engaging in the marketing/advertising of Awards tied to an investor's name. Plaintiffs' claims of defamation before the court are a result of FINRA's private business and remains subject to liability.[13]

36. Through its Awards Online proprietary software, FINRA is engaging in disparate treatment of a retail investor over a broker. In 2020, FINRA published the false and defamatory award tagged to Plaintiff Seltzer's name in a Google Search for 365 days. Conversely July 13, 2020, a customer had filed a FINRA Complaint against Broker Herman Nino of UBS and it was settled for over $5MM and posted at BrokerCheck in July 2020. Herman Nino's

---

[11] *Weissman v. National Ass'n of Sec. Dealers*, 468 F.3d 1306, 1307-8 (11th Cir. 2006)

[12] Entities that enjoy absolute immunity when performing governmental functions cannot claim that immunity when they perform non-governmental functions. Because they perform a variety of vital governmental functions, but lack the sovereign immunity that governmental agencies enjoy, SROs are protected by absolute immunity when they perform their statutorily delegated adjudicatory, regulatory, and prosecutorial functions. *See Barbara v. New York Stock Exch.*, 99 F.3d 49, 59 (2d Cir.1996); *Austin Mun. Sec., Inc. v. Nat'l Ass'n of Sec. Dealers, Inc.*, 757 F.2d 676, 692 (5th Cir.1985); *Sparta Surgical Corp. v. Nat'l Ass'n of Sec. Dealers, Inc.*, 159 F.3d 1209, 1215 (9th Cir.1998); *Zandford v. Nat'l Ass'n of Sec. Dealers, Inc.*, 80 F.3d 559, 559 (D.C.Cir.1996).

[13] "NASD and NASDAQ ("Appellants") claim absolutely immunity from Weissman's suit. They argue that Weissman complains of conduct undertaken pursuant to their quasi-governmental role as market regulators under the Securities Exchange Act (SEA), 15 U.S.C. § 78a et seq. The district court rejected this defense, explaining that while Appellants do enjoy absolute immunity for statutorily mandated regulatory or disciplinary functions, they are not entitled to such immunity in this case because Weissman's complaint relates to private commercial conduct not mandated by the Act". *Weissman v. National Ass'n of Sec. Dealers*, 468 F.3d 1306, 1307-8 (11th Cir. 2006)

BrokerCheck record was never tagged to Broker Nino's name, in a Google Search in all of 2020 and 2021. The SEC Complaint[14], filed in January 2022 on Mr. Nino was news, picked up by Google Search engines starting January 27, 2022. However, Plaintiff's defamatory Award was tagged to her name from July 13, 2020, to March 2021, daily, while there was no tagging to Mr. Nino's Complaint in BrokerCheck at any point, which FINRA could have done beginning July 13, 2020, when the Complaint was settled for a payment to a client of $5MM. This is disparate treatment of an investor in comparison to a broker.

37. Under Section 230 of the Communications Act[15], FINRA used their website to substantially alter the Plaintiff's complaint filed in the Arbitration, by publicly removing the three parties, Gail Marie Van Horn, Jeffrey Brown, and Kristi Koshire from the publication version at FINRA Awards Online in a Google Search of the Arbitration. This is a prohibited practice, under Section 230. FINRA altered the original filing (Statement of Claim) by deleting the names of the three USBI Respondents from the public record in their online "marketing" of the Awards, attached to Plaintiff's name in a Google Search. FINRA's Awards Online would be deemed by Section 230 of the Communication Act, an original access software provider, subject to Section 230 of the Communications Act. FINRA violated Section 230 of the Communications Act.

38. FINRA then used its privately owned, proprietary software, Awards Online (AWO), to engage in excessive publication of the Award document that was defamation per se and

---

[14] https://www.sec.gov/litigation/complaints/2022/comp-pr2022-8.pdf

[15] Section 230 of Communications Act: "You will be entitled to immunity so long as your edits do not substantially alter the meaning of the original statements."
As a software provider, FINRA cannot edit an original document; the original statement of claim and named respondents
**(4)Access software provider** The term "access software provider" means a provider of software (including client or server software), or enabling tools that do any one or more of the following:
        (A)filter, screen, allow, or disallow content;(B)pick, choose, analyze, or digest content; or
        (C)transmit, receive, display, forward, cache, search, subset, organize, reorganize, or translate content.

repeatedly published the Award, through SEO[16] (search engine optimization) linked multiple ways to Plaintiff Seltzer's name in a Google Search; yet manipulated the software to protect the names of the three USBI individually named Respondents.

39. Despite denial by FINRA's Deputy legal counsel, Angela Saffoe,  FINRA created multiple "Google Tags"  through "nodes"[17] to the defamation to Plaintiff's name in a Google Search through their proprietary software, Awards Online website.   FINRA created "JS Nodes"[18] (Exhibit C, *Seltzer v Gensler*, Writ of Mandamus, Doc. 1-1, Page 5 for the JS Node that FINRA created to link to Plaintiff's name in a Google Search ).  Plaintiff objected.  See Exhibit B, where Plaintiff has highlighted in red and yellow the code that specifies "Google Tag Manager" and search by name of Plaintiff and no other FINRA Arbitrations:

- Highlighted in yellow on Page 1:  *Google Tag Manager*
- Page 4 in Red, *Arbitration Awards Online*
- Page 14 in yellow, *Login to drportal.finra.org* Dispute Resolution Portal then Page 15 in yellow, login links to FINRA's entitlement program
- Page 23 in red, "get id" (js form...item wrapper)
- Page 24 in red: *search for 17-01857*[19]
- Page 28, View Field Award Document and in yellow *Bold Claimants names* (See Susan Seltzer which was bolded)
- Page 30, in yellow, *block FINRA main navigation*

---

[16] Search engine optimization (SEO) is the process of improving the quality and quantity of website traffic to a website or a web page from search engines.

[17] Here is the node FINRA created to tag to the defamatory Award to Plaintiff Seltzer. FINRA de-indexed this "node" to Plaintiff Seltzer in a Google search, but the Node(#86265) is still available in Google. One can "Google" the node number and the FINRA Award appears in Google. See below. This was the code to target the defamation direct to Plaintiff's name in a Google Search.

> www.finra.org › node ›
> **17-01857.pdf |**  Cached g
> Sep 5, 2018 - SEP IRA of Jonathan M. Seltzer. Rev Trust of Jonathan M. Seltzer. Rev Trust of
> Susan O. Seltzer. Respondents. U.S. Bancorp Investments, Inc.

[18] FINRA began to use Javascript's Node.js which is designed to build scalable network applications. Because nothing blocks, scalable systems are very reasonable to develop in Node.js. It made the facilitation of linking an investor name in a Google Search very simple, with a few words as demonstrated in Exhibit B, that mentions Plaintiff's name as the search item for Google.

- Page 34, *Block footer legal*; FINRA's legal disclosure would not appear on these pages tagged to Plaintiff
- Page 37 in yellow: "Current Path: *Arbitration Mediation Awards Search 17-01857*

40. FINRA persisted with daily publication of the defamation, despite Plaintiff's repeated requests to cease and desist. Plaintiff filed a complaint with FINRA Office of Ombudsman, when FINRA temporarily removed the defamatory Award, during the investigation, with the notice, "temporarily unavailable." See footnote 2, Page 3 of this Complaint.

41. Commencing in late 2021, FINRA used new AWS tools to create new knowledge graphs linking the defamatory Award document to Plaintiff's name and her business. Here is a recent example of FINRA's Awards Online website hosting a knowledge graph to Plaintiff, when one Googles "FINRA Awards Seltzer".[20] Exhibit A is the "Knowledge Graph" that appeared for first time to Plaintiff's name in a Google search, January 26, 2022, that connects the deleted index on the defamation at AWO, to the defamatory Award, yet still connected to a Google Search of "FINRA Awards Seltzer". The Award is blocked by FINRA "de-indexing" in late March 2021, but the "knowledge graph" linking to Plaintiff's public writings and dissolved business is still prevalent; FINRA has created a page that defines AWO and direct links to Plaintiff's dissolved corporation; such a page is still there[21],



20

[21] This is a multiple step process. The first entry in a Google Search "FINRA Seltzer" links to Plaintiff Seltzer -not arbitrator Seltzer, not Broker Seltzer; to Plaintiff. If one Googles "FINRA Awards Seltzer" the name of an investor should not be the first entry to appear. FINRA and Member firms have manipulated Google Search to achieve this result. It is not

as of January 26, 2022. See Exhibit A. There are many, many Seltzers in Awards Online; for

example, in AWO, Amy Seltzer appears as an Arbitrator multiple times and Evan Seltzer, as

a broker-however, FINRA has created no such "knowledge graphs" on these brokers and

arbitrators, only on Plaintiff.[22] Yet, FINRA "de-indexed this "knowledge graph" on January

28, 2022, and it no longer appears in over 13 Pages of "FINRA Seltzer" Google Search.

FINRA's intent was to place the defamatory Award on the Page in a Google Search with

Plaintiff's business; so, the public would read the defamation at AWO at the same time they

happenstance. Click the three dots in link above to get to AWO. Then click "More about this Page" to see the "knowledge

graph" with Plaintiff's business on the same Page as FINRA Awards. (Exhibit A). This demonstrates targeting an investor with

the defamation.



Click on "more about this page" to see how FINRA links Plaintiff Seltzer on the same Page as FINRA Awards Online (below the

purple in screen shot above.)

[22] FINRA Google Analytics permits FINRA to view all terms that one searches for. On January 28, 2022, FINRA deleted the
search referenced in this Complaint and new results now appear for the search "FINRA Awards Seltzer"; Benton Joel Seltzer,
BrokerCheck, etc., now appears first, with no knowledge graph for Broker Seltzer. The knowledge graph referenced on Page 15
of this Complaint has been removed by FINRA's webmaster.

would read about Plaintiff's business.  The defamation in the Award impacted Plaintiff's business and is significantly harming  Plaintiff's personal reputation.

42. FINRA's knowledge graph, that Plaintiff learned of on January 26, 2022, is a new document, a new form of defamation, a knowledge graph, that resets the statute of limitations for defamation; the knowledge graph is a new form of defamation that was first published in 2022, to Plaintiff's knowledge.

43.  After FINRA repeatedly refused to remove the defamation from the Award, Plaintiff removed, in late March 2021, all writings that FINRA and member firms had criticized and believed was harming the brokerage industry and FINRA. Within two days, FINRA then ceased from using the Google Marketing tools to tie Plaintiff's name to the defamation in the Awards document in a Google Search.

44. FINRA "de-indexed" Plaintiff's name to the Award document right after Plaintiff removed her website. This is indisputable, demonstrating FINRA's intentional harm of Plaintiff for over 18 months or more, through its privately owned data base and SEO website tools to defame Plaintiff.   As Exhibits A and A-1 demonstrate, FINRA is using new AWS tools to connect Plaintiff's now dissolved business to new "knowledge graphs" highlighting links to Awards defamation.  FINRA connects the defamatory Award on the same page in a Google Search to Plaintiff's dissolved business and past SEC comments.

45. As Google tools explain to webmasters, such as FINRA, they can remove (de-index) tags to an individual's name immediately.[23] Exhibit A, *Seltzer v Gensler*, Writ of Mandamus, Doc.1,

---

[23] From Wikipedia on "de-indexing" https://en.wikipedia.org/wiki/Search_engine_optimization

Page 1,  March 12, 2021, letter to Plaintiff from FINRA's Associate General Counsel, Angela Saffoe writes to Plaintiff, "FINRA does not exercise control over the search results returned by a Google Search." However, Exhibit A and A-1 demonstrate FINRA's proprietary web-based service is actively creating new knowledge graphs to a FINRA defamatory Award and Plaintiff's dissolved business. Plaintiff has pages of examples in many different versions of FINRA's use of Google tools to link to Plaintiff Seltzer and the defamatory Award.

46. Ms. Saffoe understood FINRA's webmaster had the ability to "instruct spiders not to crawl certain files." Ms. Saffoe purposely denied that most basic fact in the letter to Plaintiff. FINRA's webmaster always had the ability to explicitly exclude from a search engine's database by using Google's tools to prevent "crawling." FINRA's Office of General Counsel intentionally misled an investor about tagging Plaintiff's name to defamation, requests from 2019 to March 2021. Shortly after Plaintiff removed her website and began to dissolve her SBC, FINRA's webmaster instructed "spiders not to crawl" 17-01857 Award in late March 2021.

---

**Preventing crawling**

*Main article: Robots exclusion standard*

To avoid undesirable content in the search indexes, webmasters can instruct spiders not to crawl certain files or directories through the standard robots.txt file in the root directory of the domain. Additionally, a page can be explicitly excluded from a search engine's database by using a meta tag specific to robots (usually <meta name="robots" content="noindex"> ). When a search engine visits a site, the robots.txt located in the root directory is the first file crawled. The robots.txt file is then parsed and will instruct the robot as to which pages are not to be crawled. As a search engine crawler may keep a cached copy of this file, it may on occasion crawl pages a webmaster does not wish crawled. Pages typically prevented from being crawled include login-specific pages such as shopping carts and user-specific content such as search results from internal searches. In March 2007, Google warned webmasters that they should prevent indexing of internal search results because those pages are considered search spam.[46] In 2020 Google sunsetted the standard (and open-sourced their code) and now treats it as a hint not a directive. To adequately ensure that pages are not indexed a page-level robot's meta tag should be included.[47]

47. **Relevant History** to Plaintiff's writings: Plaintiff filed her first public comments concerning excessive leverage and credit default swaps, commencing in 2009. She had a strong background in over-the-counter derivatives' counter-party credit risk. In Fall 2007, Plaintiff had asked her RIA Advisor in a Schwab Wrap Account at Charles Schwab to investigate market risk with the trillions of excessively leveraged CDS. The RIA and broker admitted at a subsequent Arbitration that he lied to Plaintiff and despite telling Plaintiff Seltzer that Liz Ann Sonders, Charles Schwab, had said Schwab saw no risks to the markets with CDS; he had not investigated and never spoke to Schwab's market expert.

48. **History continued:** The Schwab Advisor insisted he would keep Plaintiff in the Markets; which caused significant losses to Plaintiff's accounts, after she had her "fiduciary advisor" and "broker" to move certain assets to cash. At the Arbitration parties agreed that Plaintiff's Schwab fiduciary Advisor had made false statements about asking Liz Ann Sonders about the market instability in Fall 2007 and refused to move Plaintiff to cash since Schwab and the advisor would lose the 12b-1 revenue from certain funds.

49. **History continued:** At that point this conflict of interest had not been addressed before a FINRA Arbitration; the conflicts of interest with 12b-1 fees and dually registered advisors in wrap accounts. All parties in the Arbitration were respectful of Plaintiff Seltzer and debated the law and FINRA's inability to enforce 12b-1 violations by a registered investment adviser in a FINRA Arbitration. As Plaintiff pointed out the following year, (late 2010) in meetings with three SEC Commissioners, only the SEC could enforce violations of the Investment Advisers Act of 1940. FINRA had represented to Plaintiff that had not received power from Congress to do so to enforce such fiduciary breaches by a dually registered advisor. The SEC is now enforcing this dual registrant conflict with 12b-1 fees through fines.

50. **History continued**: Later in 2009-2010, Plaintiff prepared newspaper articles and blog posts
   concerning the use of credit default swaps (CDS) that harmed the public with the 2008-2009
   financial crisis. She worked on the first derivatives legislation with Congressional Rep Colin
   Peterson (D-MN) to curb improper use of CDS, without sufficient leverage and liability for
   the harm done by excessive leverage in CDS instruments between counterparties. This work
   expanded seven years later into an educational specific benefit corporation that trained retail
   investors on use of derivatives, understanding SEC disclosures and ESG, at the request of
   many elderly women, who asked Plaintiff to prepare a more basic education than SEC and
   FINRA offered. They wanted a more specific outline on how to select intermediaries and an
   understanding of SEC disclosures to further understanding fees in their Funds.

51. **History continued:** Plaintiff's Petition for Rule Making for wrap accounts, filed (2012) with
   the SEC, after many meetings with SEC internal staff, became the basis for significant fines
   in the brokerage industry for conflicts with 12b-1 fees and lack of disclosures, beginning in
   2016.[24]

52. **History continued:** Commencing 2010, Plaintiff's assets held at brokerage firm, Fidelity,
   were harmed through blocked trades and data privacy issues. Fidelity went so far as to send
   Plaintiff's trade confirmations and monthly account statement(with home address/account
   numbers/trades) to a firm in Zurich, Switzerland. (It was deemed but a "clerical error" to (1)
   change Plaintiff's option to receive documents online to hard delivery and (2) create a new
   address at an apparent hedge fund in Zurich, Switzerland.) Plaintiff's spouse then had over
   $25,000 taken from his Fidelity account, for "withholding on a trade", with *no notice* to
   Plaintiff or her spouse. It was deemed another "error", but Fidelity refused (despite their

---

[24] https://www.thinkadvisor.com/2021/09/03/9-firms-hit-by-sec-over-12b-1-fees/?slreturn=20220026193306  One of the broker-dealers that paid these fines to the SEC, US Bancorp Investments Inc, harmed Plaintiff's assets and Shawn Larsen-Bright, Dorsey & Whitney, engaged in repeated false statements and defamation concerning Plaintiff in #17-01857.

internal accounting unit instructing Fidelity to do so) to return the $25000 and Plaintiff did

not have access to it for over six months.  Trades were then delayed in order routing.

Plaintiff filed a FINRA Arbitration to recoup trading losses.  However, Fidelity's General

Counsel, falsely stated to the Panel that Plaintiff was an "unregistered financial advisor."

Such a statement was categorically false and defamatory. Plaintiff had no revenue at any

point from "financial advice"[25], which is not in dispute.  Her business was educational as

SEC and FINRA were aware. Plaintiff removed the claims from the Fidelity arbitration; the

Panel refused to address the defamation by Fidelity.

53. **History continued:** Since the Panel would not address the defamation and potential harm to

her business, she moved their accounts to U.S. Bank's (USB) broker-dealer, USBI;  Plaintiff

had banked there for over 40 years and assumed there would be no issue.  They wanted their

mortgage and assets in one place as they grew old and anticipated using USB's trust

company for fiduciary assistance when they could no longer manage their affairs.

54. **History continued:** The violations of securities laws were unprecedented, at USBI, with

never any issue with the retail banking arm of USB, just the broker dealer.  Within two

months, USBI failed to transfer their largest IRA, that held a concentrated position in AAPL,

that Plaintiff actively managed with options.  The ACAT papers, with Medallion Signature

guarantees, were accepted and submitted around November 25, 2015, along with trading

authorizations for option trades for all five accounts.  The largest account was not available

for over 60 days, due to USBI's ACAT failures. USBI refused to provide the status of the

ACAT.  The options trading authority also took over 60 days; FINRA rules mandate Options

---

[25] Fidelity's General Counsel was permitted to make false and defamatory statements with no evidence to harm an investor; it was the same situation by USBI's Counsel, Dorsey & Whitney and now FINRA's Awards Online, posting odious defamation to block someone from their constitutional right to free speech.  Most certainly if there was any factual evidence that Plaintiff was acting as an "unregistered financial advisor" FINRA and the SEC would have intervened.

Approval request be approved or denied within 10 days.  Plaintiff lost over $105,000 from

the inability to trade during the 60-day period.

55. **History continued:** Accounts were then blocked (causing additional losses) in early 2016;

with the statement that US Bank did not know their customer and filed a false SARs on

Plaintiff.  Plaintiff had banked there since 1956; she and her spouse had all assets and

mortgages with the bank for over three decades.  In 2017, Plaintiff began to focus for the first

time on the unusual delays in option limit order routing in her AAPL trades.[26] This and other

significant issues were the subject of FINRA Arbitration 17-01857; whereby USBI's counsel

claimed the arbitration was filed only because Plaintiff did not like the "brokerage industry";

as evidenced by her role in *Kosen et al* and publications and new specific benefit corporation.

USBI's entire presentation was a false and defamatory defense falsely claiming the claims

before the Panel were only based on Plaintiff's dislike of the "brokerage industry" and

FINRA; this theory was and is categorically false.  Plaintiff makes active use of the

brokerage industry with great reward.  FINRA rules prohibit such personal attacks against

parties in an Arbitration.  FINRA and Panel permitted such abuse to continue.

56. **History continued:** In May 2017, Plaintiff moved their brokerage accounts to Vanguard.

After five years, there has not been one issue with trade routing, options approvals, or

blocked accounts.  Vanguard has a different business model than Fidelity and USBI and has

no reason to personally attack Plaintiff's assets to force her to cease and desist from having

an "opinion" and providing greater transparency and tools through education, to retail

investors.

---

[26] For example, Vanguard typically cancels a limit order option trade and routes a new limit order price (in options) in 14 seconds. USBI would take a minimum of 55 seconds to do the same process in limit order option routing, often exceeding 2 minutes. FINRA rules are clear on "best execution", including order routing times to market makers in accordance with industry standards. USBI trade routing for option limit orders was far outside of industry practice.

57. FINRA represents publicly that awards are "rendered by independent arbitrators…and FINRA has no part in deciding the Award." FINRA staff intervened the first night of the Hearing, June 25, 2018. Award 17-01857 was not rendered by independent arbitrators. FINRA intervened over four times in the process.

58. FINRA intervened on June 19, 2018, and the Director of Arbitration filed a document on FINRA and the SARS process. They provided Arbitrators through the DR Portal information to influence the Panel, without first notifying Plaintiff. They could have provided information on industry standards for time frames for routing limit orders to market makers to assist Plaintiff. FINRA's Director of Arbitration intervened to assist Respondents and influence the Panel in an inappropriate manner.

59. A Party to *Kosen et al*, Dorsey & Whitney, had engaged in defamation of Plaintiff Seltzer, in *Kosen et al,* along with FINRA Member firm, Ameriprise. This same Party, Dorsey & Whitney, used the defamation from *Kosen et al,* along with FINRA staff in FINRA Arbitration 17-01857; The Consent Decree was finished; approved by Judge Kennedy. Ameriprise and Dorsey, without Plaintiff's knowledge, Dorsey crafted a false theory that Plaintiff was fired for "inappropriate behavior" which all parties knew was false. FINRA mandates all U-5 information be accurate and cannot be changed after it is filed. The Consent Decree had been agreed to and Ameriprise could not change reasons for termination, after the Consent Decree was agreed to. FINRA rules are very strict on reason for termination to prevent U-5 defamation.

60. These false and defamatory claims, (used again in FINRA Arb 17-01857) unknown to Plaintiff Seltzer for over 17 years, is the subject of the related Case, *Plaintiff Seltzer v. Michael Lieder, Maurice W. O'Brien, Edward B. Magarian, Ralph A. Taylor Dorsey &*

*Whitney, and Ameriprise.(Formerly American Express Financial Advisors, Inc.)* Plaintiff did

not learn until January 21, 2022, why the defamation and injury was unknown to her for 18

years. The damage to personal and professional reputation was and is significant. Due to

improper enjoinment of NASD, 03-02699, based on a fraud on the Court, on March 7, 2004,

Plaintiff could never gain employment in the financial services industry and outside the

industry after 2007.

61. FINRA and Dorsey & Whitney used the defamation, concealed to Plaintiff for over 18

years, resulting from the "fraud on the Court" in FINRA Arbitration 17-01857. FINRA has

chosen to publish and republish in different formats, the defamation in Award 17-01857,

"inappropriate behavior" that FINRA defined based on false and defamatory accusations, in

an Award, with no basis in fact.

62. FINRA hired the security guard, Ray Pezolt, for the 17-01857 Arbitration Hearing who

agreed to assist FINRA and went on the record (Exhibit E, *Seltzer v Gensler,* Writ of

Mandamus, Doc 1-1. Page 22) making categorically false statements about Plaintiff;

implying she is so violent (based on no evidence). "I will bring in my stun gun tomorrow";

implying, with no knowledge, she engaged in bank loan fraud. FINRA hired a security guard

who would make false statements on the record about Plaintiff Seltzer. FINRA created the

defamatory statements that the security guard then repeated on the Hearing record to defame

Plaintiff. Why did FINRA hire this individual to casually discuss with Ilene Gormly, on the

record, guns, and bank loan fraud. According to Gormly, FINRA contacted her about this.

Plaintiff is not 5 feet; Ray Pezolt is over 6 feet. What was the perceived harm from a petite

grandmother that prompted this defamatory discussion on the record?

63. The SEC approved FINRA Rule 12904 for Awards and as defined in *Seltzer v Gensler* Opposition to Dismiss Writ of Mandamus, Doc.19, Page 8,9—*FINRA Staff* and Panel Chair must ensure all statements in an Awards are *accurate*, fact, not hearsay prior to publication. 12904 "(b) *Unless the applicable law directs otherwise*, all awards rendered under the Code are final and are not subject to review or appeal." In instances where the applicable law, for example, FINRA's intentional excessive publication through its private software Awards system, is deemed a violation of applicable law as the defamation was instigated by an intervening party to the Arbitration, FINRA staff. FINRA staff intervention serves to block FINRA's absolute immunity. The intentional, excessive publication of false and defamatory hearsay through a private system is a violation of applicable law, defamation, and defamation per se.

64. The SEC approved FINRA Rule 12904; "(h) All awards shall be made publicly available." Despite the public availability of an Award, FINRA's private corporation that is gathering Google data analytics on an investor and publishing such defamation through FINRA's proprietary Awards Online software, cannot engage in a practice of excessive publication of defamation as FINRA staff was actively aware of such false and defamatory statements; yet permitted publication in an AWARD, despite knowledge of their falsity. This is defamation per se with malice.

65. FINRA and/or Panel corrupted one of the most significant portions of Claimant's evidentiary testimony from the first day of the Hearing, as is defined at the DR Portal. Technology today permits recouping "corrupted digital recordings." FINRA staff refused to assist.

66. In 2020, Plaintiff Seltzer complained to the SEC about this excessive publication with malice, because FINRA refused to stop the practice. FINRA ceased and desisted using JS

Nodes tagged to Plaintiff's name in a Google Search of her name; but began anew in late 2020 – 2022 with AWS knowledge graphs tagging the defamation to Plaintiff's business and her name and her family.  The SEC again refused to intervene and control their SRO who was using its private website services (not overseen by the SEC) and not part of its SRO role to defame Plaintiff Seltzer.

67. Plaintiff Seltzer complained again, in early 2021, about FINRA's excessive publication of defamation to FINRA's Office of Ombudsman, who worked with FINRA to temporarily cease and desist the "tagging."  The tags to Plaintiff Seltzer's name and the defamatory Award were temporarily removed with a message when one clicked the Google Snippet to the defamatory Award and Plaintiff Seltzer's name, "Temporarily Unavailable".  (See Footnote 2 on Page 2 of this Complaint.)

68.  February 4, 2021, FINRA (or a member firm) again published the defamation, stopped blocking the Award (temporarily unavailable) and then unconsciously *republished* the defamation tagged directly to Plaintiff's name in a Google Search through their entitlement system, Awards website, and Google SEO tools.(See Exhibit B)  It is clear from the underlying Code that one would have to log into FINRA's Award system and then create the tag to Plaintiff's name and the Arbitration Award.

69. FINRA knows who has logged into their system to create the Google Tags, through Google analytics.  It could be FINRA staff or any member firm.

70. FINRA knows when and what IP repeatedly tagged the defamation of Plaintiff and the defamatory Award.  It could have been an agent to drive the results to the top of search; which explains why the "knowledge graph" in Exhibit A appeared as the first result in a Google search of "FINRA Awards Seltzer."  Google results are not happenstance.

71. It is not happenstance that the Award document for 17-01857 appeared on the same page as a Courtlistener.com link to *Kosen et al,* which mysteriously appeared in search results after 17 years, tagged to Plaintiff's name in a Google Search.

72. The tags were not happenstance[27]; as evidenced by FINRA's website "deindexing" the tags to Plaintiff's name in a Google Search in mid-March 2021.(See Exhibit B – Code submitted to FINRA's Office of Ombudsman on February 16, 2021.).  Ms. Saffoe wrote, "The page from FINRA's website for which you provided the underlying code links to multiple awards—not uniquely associated with an individual Award."  FINRA had multiple examples provided to their Ombudsman.  This Award code, provided to FINRA, specifically targets Plaintiff.

73.  FINRA's false statements constitute malice, in the Award document. FINRA themselves engaged in actions (such as removal of the previous Panel Chair Brahin) yet then presents allegations (viciousness by Plaintiff against a Panel Chair) can be deemed so reckless. To publish such false allegations in an Award document, through its own entitlement system and Google marketing tools (SEO) is malicious.

74. FINRA staff received a Memorandum from Plaintiff (Claimant in #17-01857) and to Respondent's Counsel concerning the false and defamatory statements within the 10-day window to correct an Award.  FINRA and Member Firm, USBI, both refused to correct the categorically false and defamatory statements in the Award document, that mandates only facts be published, in accordance with FINRA rules and FAA.

75. FINRA lost absolute immunity through direct intervention in the Arbitration, through blocking Plaintiff's right to respond to the false claims through a never used before use of FINRA R. 12212 (c) and then proceeded to publish and republish excessively, the

---

[27] Angela Saffoe, Exhibit A, *Seltzer v Gensler,* Writ of Mandamus, Doc 1-1, Page 1

defamation with malice. It is on the record, what Panel Chair Gormly stated to Plaintiff, "FINRA will decide what happens after I order you to leave the Hearing room." FINRA knew this was violation of FAA rules; that an Arbitration must follow the most basic format of a court proceeding, including closing arguments, which Plaintiff never was allowed to complete.

76. FINRA warns arbitrators in training, if there is a dispute between counsel and other party, simply ask *both* parties to "cool off" and all parties should leave the Hearing room. Disparate treatment ensued. Compare how FINRA treated Counsel Terry Weiss compared to Plaintiff[28]. FINRA created the circumstance; FINRA blocked Plaintiff from her "right to be heard"; in fact, neither the Panel nor FINRA ever provided Plaintiff an opportunity to review the false and defamatory claims in the Award document.

77. Plaintiff Seltzer's personal and professional reputation have been damaged through FINRA's defamation, defamation per se and excessive publication. Plaintiff could not obtain counsel for either a Petition to Vacate or representation for the ongoing defamation and repeated publication by FINRA through Google Tags and their private data website. Here is an example of one attorney's response to Plaintiff when Plaintiff sought Counsel.[29]

---

[28] See detail on disparate treatment by FINRA of Plaintiff compared to Merrill Lynch counsel Terry Weiss, *Seltzer v Gensler*, Writ of Mandamus, Doc 1. Page 6, Footnote 4. FINRA also removed Panel Chair Gormly from the FINRA Arbitrator roster and then reinstated her due to a PR Campaign by Gormly. However, FINRA Awards Online records reveal FINRA has protected Terry Weiss from ever having Gormly serve on one of his cases, in perpetuity, which others have complained is very inappropriate intervention by FINRA in the Arbitrator selection process.

[29] In 40 years of reviewing arbitration decisions and in having been an arbitrator and having represented all sides in disputes, I have never seen an Award characterize a party's conduct as involving "viciousness." Notably, it appears that you were physically escorted from the hearing room by security, which is also rare. I reference those events not in order to express support for the Panel's actions but to note the unusual nature of the proceedings and to consider that when reviewing the totality of the adjudication. I am certain that you remain adamant in your opinion that you were denied a fair hearing.

78. FINRA intervened on four occasions with the intent to protect its member firm and FINRA.
Through defamation of Plaintiff and republication repeatedly, FINRA sought to gain a
benefit outside the confines of the Arbitration; thus, their absolute immunity is denied for
false and defamatory statements published in an Award document., with full knowledge of
their falsity. FINRA Arbitration 17-01857 was overseen by FINRA for illegitimate business
purposes; as such FINRA has lost its absolute immunity.

79. The DR Portal confirms Plaintiff Seltzer asked for an Americans with Disabilities Act
(ADA) accommodation. FINRA and the Panel denied the request since USBI's Counsel,
Shawn Larsen-Bright, told the Panel and repeated to FINRA, that Plaintiff was feigning the
hearing disability to raise the costs of appearances for the three named Respondents. FINRA
and Panel Chair denied the ADA accommodation, without first requesting Plaintiff's medical
records (Plaintiff has had a hearing disability from Lyme disease for over a decade).

80. Panel Chair then ordered (in direct violation of FINRA Rules) that Claimants pay *unlimited
costs* of appearances (hotel, per diem, day care, airfare, etc. for three USBI Respondents).
Plaintiff pleaded with both FINRA and Panel Chair to remove these unlimited costs of
appearances, that violated FINRA policy for named Respondents. Panel refused and
Claimants were forced to remove the three named respondents for the Order of paying "costs
of appearances" that could have exceeded over $75,000 and with limits to the amount
assessed against Plaintiff.

81. The DR Portal confirms Claimant, Mr. Seltzer, and later Mrs. Seltzer both requested an ADA
accommodation for a PTSD episode that had been triggered by emotional abuse of Claimants
throughout the proceeding, by Dorsey partner, Shawn Larsen-Bright's repeated *personal*
attacks against Plaintiff. FINRA and the Panel refused to accept the medical records to

confirm the need for an ADA accommodation for PTSD prior to dismissing all claims with prejudice and permitting the Hearing to continue in accordance with an ADA request for an accommodation. As sponsor of the Forum, FINRA must ensure it complies with all applicable laws.

82. Defendant engaged in extreme and outrageous conduct. Their conduct was calculated to cause Plaintiff severe emotional distress. To accomplish an illegitimate interest through the Arbitration, Defendant repeatedly published and republished the defamation and refused to even speak with Plaintiff to resolve the intentional harm.

83. In view of the foregoing, Petitioner is entitled to actual, presumed, punitive and other damages as determined by the Court because of the injury to personal reputation. Plaintiff was forced to dissolve her business by such repeated personal attacks and emotional stress and anxiety for the pain and suffering to her personal reputation.

84. FINRA's use of its proprietary Awards Online in conjunction with Google Search Engine Marketing Tools (SEO) to publish excessively an Award document that FINRA help write with categorically false statements, with scienter, is in violation of defamation law of United States District Court of the District of Columbia.

85. Defendant denied their use of Google Marketing tools to continue to publicize the defamation. (See Exhibit A, *Seltzer v. Gensler*, Doc. 1-1, Page 1 Exhibit A)

86. Plaintiff is entitled to punitive damages under D.C. defamation law, because as set forth in detail above, FINRA's defamatory statements were accompanied by ill will, recklessness, and blatant disregard of Plaintiff's rights, with intent to exacerbate the injury through such excessive publication of defamation, resulting in defamation per se. FINRA has caused

irreparable injury to Plaintiff's personal and business reputations and contributed to emotional harm.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for an order and judgment and enter an award of not less than $9,500,000 and judgment in its favor, as follows:

a.  Awarding Plaintiff compensatory damages for defamation/defamation per se, of not less than $2,000,000 which money is only a rough substitute, for shame, mortification, and pain and suffering experienced by the plaintiff and forcing Plaintiff to dissolve her specific benefit corporation.  This has resulted in the loss of the equity in the business she began in 2016 and has limited any future growth due to the defamation and excessive publication.

b.  Awarding Plaintiff punitive damages of not less than, $7,500,000 for refusal to cease and desist such publication and republication of defamation, with actual malice[30].

c.  Plaintiff seeks permanent injunctive relief to remove all Defendant's defamatory statements upon adjudication of the claims at issue.

d.  Plaintiff seeks Court order Defendants to immediately and publicly retract all defamatory statements regarding Plaintiff and threats Defendants made by their agents, on the hearing record and false claims that Plaintiff engaged in bank loan fraud and was so violent a stun gun was necessary.

---

a.  [30] In accordance with standard practice by FINRA Arbitration Panels, Plaintiff believes this is a fair and just guide; punitive damages are the norm for a broker that is defamed by an employer.  Plaintiff is entitled to the same relief as current standards for defamation of a broker.  FINRA Arbitration #18-02179 for defamation on a U-5 for two years inability to be employed was $7,500,000.  Such punitive damages have been upheld in appeal.

b.  *Munizzi v. UBS Fin. Servs.*, 2021 Ill. App. 201237 (Ill. App. Ct. 2021)

e.  Plaintiff is Pro Se and reserves the right to amend her pleadings in accordance with the

Federal Rules of Civil Procedure. Plaintiff anticipates amending her pleadings as more

information becomes available, including the full scope of defamatory statements

Defendants have made and published and republished.

f.  Granting such other further relief as this Court deems just and proper.


Respectfully submitted this 31ˢᵗ day of January 2022,


/s/ _____

Susan Seltzer
Pro Se, Plaintiff
Seltzers1971@gmail.com


## CERTIFICATE OF SERVICE

On January 31, 2022, I hereby certify that I have submitted the foregoing Complaint, Civil form

and Summons with the clerk of court for the United States District Court for the District of

Columbia, at the address below, by FED EX.  I hereby certify that I have served Defendant,

FINANCIAL INDUSTRY REGULATORY AUTHORITY by FED EX at the address below, the

Complaint, Civil form, and Summons, Exhibits (3) and Related Case forms (2).


/s/ _____

Susan Seltzer

Plaintiff, PRO SE                                    Dated:  January 31, 2022


CLERK OF COURT

United States District Court of the District of Columbia
333 Constitution Avenue N.W.
Room 1225
Washington D.C. 2001


FINANCIAL INDUSTRY REGULATORY AUTHORITY

Office of Legal Counsel
1735 K. Street N.E.
Washington D.C. 20006

*Selby v FINRA*
*Exhibit A*

*Knowledge Graph*
*"Related"*
*"Results"*

▼ https://www.finra.org › arbitration-mediation › arbitration-are-role-else

## About the source ⓘ

### Financial Industry Regulatory Authority
Corporation

The Financial Industry Regulatory Authority is a private American corporation that acts as a self-regulatory organization that regulates member brokerage firms and exchange markets. From Wikipedia

#### In their own words

FINRA is dedicated to protecting investors and safeguarding market integrity in a manner that facilitates vibrant capital markets. ... To protect investors and ensure the market's integrity, FINRA is a government-authorized not-for-profit organization that oversees U.S. broker-dealers. From www.finra.org

#### Site first indexed by Google
More than 10 years ago

#### Web results about the source
From searches for the source's names

https://www.investopedia.com › Degrees & Certifications › Finra Exams
**Financial Industry Regulatory Authority (FINRA)**
The Financial Industry Regulatory Authority (FINRA) is a nongovernmental organization that writes and enforces rules for brokers and broker-dealers.

https://smartasset.com › financial-advisor › all-about-finra
**All About FINRA (Financial Industry Regulatory Authority)**
November 29, 2021 — FINRA stands for Financial Industry Regulatory Authority. This non-governmental agency sets rules to protect investors. Here's what you need to know.

https://www.fool.com › knowledge-center › what-is-finra
**What is FINRA?**
July 21, 2016 — FINRA, or the Financial Industry Regulatory Authority, regulates securities brokers and the firms they work for.

>   Show more

## About the topic ⓘ

#### Related results

https://www.sos.state.ne.us › media › checklist-broker-doc _PDF
**Untitled**
Seltzer, Contact Name. Phone Number. Entities that own, lease, or have any financial interest in agricultural land or land capable of being ...
March 15, 2017

https://www.dol.gov › sites › dolgov › files › EBSA › laws-and-regulations › rules-and-regulations › public-comments _PDF
**Public Comment**
Susan Seltzer. President. The Derivative Project. ... FINRA took no action against Charles Schwab despite knowledge of these regulatory breaches.
December 20, 2010

https://www.sec.gov › comments › s7-08-09 › investor-advocate › investoradvocate-21 _PDF
**MEMORANDUM TO: Title IX Provisions of the Dodd-Frank Wall ...**
Telephone Conference with Susan Seltzer. The Derivative Project. ... tools, particularly given FINRA's current warning to brokers on how to manage risks of.
August 24, 2011

>   Show more

Exhibit
A-1

# How Google's Knowledge Graph works

Google's search results sometimes show information that comes from our Knowledge Graph, our database of billions of facts about people, places, and things. The Knowledge Graph allows us to answer factual questions such as "How tall is the Eiffel Tower?" or "Where were the 2016 Summer Olympics held." Our goal with the Knowledge Graph is for our systems to discover and surface publicly known, factual information when it's determined to be useful.

## Where do Knowledge Graph facts come from?

Facts in the Knowledge Graph come from a variety of sources that compile factual information. In addition to public sources, we license data to provide information such as sports scores, stock prices, and weather forecasts. We also receive factual information directly from content owners in various ways, including from those who suggest changes to knowledge panels they've claimed.

## How does Google correct or remove Knowledge Graph information?

Google processes billions of searches per day. Automation is the only way to handle this many searches. This means the best way to improve our results is to improve our automated systems, our search algorithms. ↗

Our systems automatically strive not to show information that would violate our policies listed below. However, the scale of search is so large that no system can be perfect. This is why we provide public reporting systems.

We carefully analyze the data captured through our public reporting systems and work to remove content that violates our policies. This data is also used to inform improvements to our algorithms. We also manually remove policy-violating information that comes to our attention, especially prioritizing issues relating to public interest topics such as civic, medical, scientific, and historical issues or where there's a risk of serious and immediate harm.

## How to request a knowledge panel change or report a Knowledge Graph issue

Knowledge Graph information about people, places, or things is often presented within knowledge panels.

If you're the subject or an official representative of an entity depicted in a knowledge panel, you can claim this panel and suggest changes. More information about these processes are available in the following articles:

- Get verified on Google
- Update your Google knowledge panel

Businesses have special Business Profile panels and should use Google My Business ↗ to create, claim, and make suggestions to those.

Beyond official entities, anyone can send feedback about issues with knowledge panels, Business Profiles, or Knowledge Graph information in general. Such displays have feedback options.

- On desktop, select Feedback at the bottom of displays to send feedback.
- On mobile, select Feedback at the bottom of displays, or use the three vertical dots menu option at the top, to send feedback.

## Knowledge Graph policies

To help ensure knowledge graph and similar displays are a helpful experience for everyone, we have systems in place to prevent showing those that are in violation of  Google Search's overall policies or these policies for Search features:

- Advertisements
- Dangerous content

*Seltzer v FHRA*
*Exhibit A-1 page2*

- Deceptive practices
- Harassing content
- Hateful content
- Manipulated media
- Medical topics
- Regulated goods
- Sexually explicit content
- Terrorist content
- Violence & gore
- Vulgar language & profanity

Learn more about these Content policies for Google Search.

Knowledge Graph displays also have these additional feature-specific policies that are applicable:

### Incorrect information

Information that is demonstrably false or outdated, as evidenced by, but not limited to legal documents, expert consensus, or other reputable primary sources. We may decline to act on facts that are reasonably disputed or lack demonstrative evidence.

### Non-representative information

Names, titles, descriptions, and images of subjects, when supported by strong evidence that our automated systems have not made the most representative selection.

## Need more help?

Try these next steps:


**Contact us**
Tell us more and we'll help you get there

*Selby v FINRA*
*Exhibit B*
*Page 1 of*
*37*

FINRA Code for 17-01857 on Feb 4, 2021

```
<html lang="en" dir="ltr" prefix="content: http://purl.org/rss/1.0/modules/content/ dc:
http://purl.org/dc/terms/ foaf: http://xmlns.com/foaf/0.1/ og: http://ogp.me/ns# rdfs:
http://www.w3.org/2000/01/rdf-schema# schema: http://schema.org/ sioc:
http://rdfs.org/sioc/ns# sioct: http://rdfs.org/sioc/types# skos:
http://www.w3.org/2004/02/skos/core# xsd: http://www.w3.org/2001/XMLSchema# ">
  <head>
```



```
    <!-- Google Tag Manager -->
    <script>(function(w,d,s,l,i){w[l]=w[l]||[];w[l].push({'gtm.start':
        new Date().getTime(),event:'gtm.js'});var f=d.getElementsByTagName(s)[0],
      j=d.createElement(s),dl=l!='dataLayer'?'&l='+l:'';j.async=true;j.src=
      'https://www.googletagmanager.com/gtm.js?id='+i+dl;f.parentNode.insertBefore(j,f);
    })(window,document,'script','dataLayer','GTM-PX5XDBN');</script>
    <!-- End Google Tag Manager -->
    <script defer src="//cdn.jsdelivr.net/bluebird/3.5.0/bluebird.min.js"></script>
    <script defer src="https://cdnjs.cloudflare.com/ajax/libs/fetch/2.0.3/fetch.js"></script>
    <meta charset="utf-8" />
<link rel="canonical" href="https://www.finra.org/arbitration-mediation/arbitration-awards-
online" />
<meta name="google-site-verification"
content="p6aFpyERRdC4Ror_K0mTRRtXKjAsz35RTQI_MDv_nNg" />
<meta name="Generator" content="Drupal 8 (https://www.drupal.org)" />
<meta name="MobileOptimized" content="width" />
<meta name="HandheldFriendly" content="true" />
<meta name="viewport" content="width=device-width, initial-scale=1, shrink-to-fit=no" />
<meta http-equiv="x-ua-compatible" content="ie=edge" /><script
type="text/javascript">(window.NREUMII(NREUM={})).loader_config={licenseKey:"d7b6
64b4b4",applicationID:"486102969"};window.NREUMII(NREUM={}),__nr_require=functio
n(e,t,n){function r(n){if(!t[n]){var i=t[n]={exports:{}};e[n][0].call(i.exports,function(t){var
i=e[n][1][t];return r(i||t)},i,i.exports)}return t[n].exports}if("function"==typeof
__nr_require)return __nr_require;for(var i=0;i<n.length;i++)r(n[i]);return
r}({1:[function(e,t,n){function r(){}function i(e,t,n){return function(){return
o(e,[u.now()].concat(c(arguments)),t?null:this,n),t?void 0:this}}var
o=e("handle"),a=e(6),c=e(7),f=e("ee").get("tracer"),u=e("loader"),s=NREUM;"undefined"=
=typeof window.newrelic&&(newrelic=s);var
d=["setPageViewName","setCustomAttribute","setErrorHandler","finished","addToTrace",
"inlineHit","addRelease"],p="api-",l=p+"ixn-
";a(d,function(e,t){s[t]=i(p+t,!0,"api")}),s.addPageAction=i(p+"addPageAction",!0),s.setCu
rrentRouteName=i(p+"routeName",!0),t.exports=newrelic,s.interaction=function(){return(
new r).get()};var m=r.prototype={createTracer:function(e,t){var
n={},r=this,i="function"==typeof t;return
o(l+"tracer",[u.now(),e,n],r),function(){if(f.emit((i?"":"no-")+"fn-
start",[u.now(),r,i],n),i)try{return t.apply(this,arguments)}catch(e){throw f.emit("fn-
err",[arguments,this,e],n),e}finally{f.emit("fn-
end",[u.now()],n)}}};a("actionText,setName,setAttribute,save,ignore,onEnd,getContext,e
nd,get".split(","),function(e,t){m[t]=i(l+t)}),newrelic.noticeError=function(e,t){"string"==type
of e&&(e=new Error(e)),o("err",[e,u.now(),!1,t])}},{}],2:[function(e,t,n){function r(){return
c.exists&&performance.now?Math.round(performance.now()):(o=Math.max((new
```

```
Date).getTime(),o))-a}function i(){return o}var o=(new
Date).getTime(),a=o,c=e(8);t.exports=r,t.exports.offset=a,t.exports.getLastTimestamp=i},
{}],3:[function(e,t,n){function r(e,t){var n=e.getEntries();n.forEach(function(e){"first-
paint"===e.name?d("timing",["fp",Math.floor(e.startTime)]):"first-contentful-
paint"===e.name&&d("timing",["fcp",Math.floor(e.startTime)])})}function i(e,t){var
n=e.getEntries();n.length>0&&d("lcp",[n[n.length-1]])}function
o(e){e.getEntries().forEach(function(e){e.hadRecentInput|ld("cls",[e])})}function a(e){if(e
instanceof m&&!g){var
t=Math.round(e.timeStamp),n={type:e.type};t<=p.now()?n.fid=p.now()-
t:t>p.offset&&t<=Date.now()?(t-=p.offset,n.fid=p.now()-
t):t=p.now(),g=!0,d("timing",["fi",t,n])}}function c(e){d("pageHide",[p.now(),e])}if(!("init"in
NREUM&&"page_view_timing"in NREUM.init&&"enabled"in
NREUM.init.page_view_timing&&NREUM.init.page_view_timing.enabled===!1)){var
f,u,s,d=e("handle"),p=e("loader"),l=e(5),m=NREUM.o.EV;if("PerformanceObserver"in
window&&"function"==typeof window.PerformanceObserver){f=new
PerformanceObserver(r);try{f.observe({entryTypes:["paint"]})}catch(v){}u=new
PerformanceObserver(i);try{u.observe({entryTypes:["largest-contentful-
paint"]})}catch(v){}s=new PerformanceObserver(o);try{s.observe({type:"layout-
shift",buffered:!0})}catch(v){}}if("addEventListener"in document){var
g=!1,w=["click","keydown","mousedown","pointerdown","touchstart"];w.forEach(function(e
){document.addEventListener(e,a,!1)})}l(c)}},{}],4:[function(e,t,n){function
r(e,t){if(t||i)return!1;if(e!==i)return!1;if(!t)return!0;if(!o)return!1;for(var
n=o.split("."),r=t.split("."),a=0;a<r.length;a++)if(r[a]!==n[a])return!1;return!0}var
i=null,o=null,a=/VersionV(\S+)\s+Safari/;if(navigator.userAgent){var
c=navigator.userAgent,f=c.match(a);f&&c.indexOf("Chrome")===-
1&&c.indexOf("Chromium")===-
1&&(i="Safari",o=f[1])}t.exports={agent:i,version:o,match:r}},{}],5:[function(e,t,n){function
r(e){function
t(){e(a&&document[a]?document[a]:document[i]?"hidden":"visible")}"addEventListener"in
document&&o&&document.addEventListener(o,t,!1)}t.exports=r;var
i,o,a;"undefined"!=typeof
document.hidden?(i="hidden",o="visibilitychange",a="visibilityState"):"undefined"!=typeof
document.msHidden?(i="msHidden",o="msvisibilitychange"):"undefined"!=typeof
document.webkitHidden&&(i="webkitHidden",o="webkitvisibilitychange",a="webkitVisibilit
yState")}},{}],6:[function(e,t,n){function r(e,t){var n=[],r="",o=0;for(r in
e)i.call(e,r)&&(n[o]=t(r,e[r]),o+=1);return n}var
i=Object.prototype.hasOwnProperty;t.exports=r},{}],7:[function(e,t,n){function
r(e,t,n){t||(t=0),"undefined"==typeof n&&(n=e?e.length:0);for(var r=-1,i=n-
t||0,o=Array(i<0?0:i);++r<i;)o[r]=e[t+r];return
o}t.exports=r},{}],8:[function(e,t,n){t.exports={exists:"undefined"!=typeof
window.performance&&window.performance.timing&&"undefined"!=typeof
window.performance.timing.navigationStart}},{}],ee:[function(e,t,n){function r(){}function
i(e){function t(e){return e&&e instanceof r?e:e?u(e,f,a):a()}function
n(n,r,i,o,a){if(a!==!1&&(a=!0),!l.aborted||o){e&&a&&e(n,r,i);for(var
c=t(i),f=v(n),u=f.length,s=0;s<u;s++)f[s].apply(c,r);var p=d[h[n]];return
p&&p.push([b,n,r,c]),c}}function o(e,t){y[e]=v(e).concat(t)}function m(e,t){var
n=y[e];if(n)for(var r=0;r<n.length;r++)n[r]===t&&n.splice(r,1)}function v(e){return
y[e]||[]}function g(e){return p[e]=p[e]||i(n)}function
w(e,t){s(e,function(e,n){t=t||"feature",h[n]=t,t in d||(d[t]=[])})}var
```

2

```
y={},h={},b={on:o,addEventListener:o,removeEventListener:m,emit:n,get:g,listeners:v,co
ntext:t,buffer:w,abort:c,aborted:!1};return b}function o(e){return u(e,f,a)}function a(){return
new r}function c(){(d.apill.d.feature)&&(l.aborted=!0,d=l.backlog={})}var
f="nr@context",u=e("gos"),s=e(6),d={},p={},l=t.exports=i();t.exports.getOrSetContext=o,l.
backlog=d},{}],gos:[function(e,t,n){function r(e,t,n){if(i.call(e,t))return e[t];var
r=n();if(Object.defineProperty&&Object.keys)try{return
Object.defineProperty(e,t,{value:r,writable:!0,enumerable:!1}),r}catch(o){}return
e[t]=r,r}var
i=Object.prototype.hasOwnProperty;t.exports=r},{}],handle:[function(e,t,n){function
r(e,t,n,r){i.buffer([e],r),i.emit(e,t,n)}var
i=ee("handle");t.exports=r,r.ee=i},{}],id:[function(e,t,n){function r(e){var t=typeof
e;return!e||"object"!==t&&"function"!==t?-1:e===window?0:a(e,o,function(){return
i++})}var i=1,o="nr@id",a=e("gos");t.exports=r},{}],loader:[function(e,t,n){function
r(){if(!x++){var
e=b.info=NREUM.info,t=p.getElementsByTagName("script")[0];if(setTimeout(u.abort,3e4
),!(e&&e.licenseKey&&e.applicationID&&t))return
u.abort();f(y,function(t,n){e[t]ll(e[t]=n)});var
n=a();c("mark",["onload",n+b.offset],null,"api"),c("timing",["load",n]);var
r=p.createElement("script");r.src="https://"+e.agent,t.parentNode.insertBefore(r,t)}}functio
n i(){"complete"===p.readyState&&o()}function
o(){c("mark",["domContent",a()+b.offset],null,"api")}var
a=e(2),c=e("handle"),f=e(6),u=e("ee"),s=e(4),d=window,p=d.document,l="addEventListe
ner",m="attachEvent",v=d.XMLHttpRequest,g=v&&v.prototype;NREUM.o={ST:setTimeo
ut,SI:d.setImmediate,CT:clearTimeout,XHR:v,REQ:d.Request,EV:d.Event,PR:d.Promise,
MO:d.MutationObserver};var w=""+location,y={beacon:"bam.nr-
data.net",errorBeacon:"bam.nr-data.net",agent:"js-agent.newrelic.com/nr-
1194.min.js"},h=v&&g&&g[l]&&!/CriOS/.test(navigator.userAgent),b=t.exports={offset:a.g
etLastTimestamp(),now:a,origin:w,features:{},xhrWrappable:h,userAgent:s};e(1),e(3),p[l]
?(p[l]("DOMContentLoaded",o,!1),d[l]("load",r,!1)):(p[m]("onreadystatechange",i),d[m]("on
load",r)),c("mark",["firstbyte",a.getLastTimestamp()],null,"api");var x=0},{}],"wrap-
function":[function(e,t,n){function r(e,t){function n(t,n,r,f,u){function nrWrapper(){var
o,a,s,p;try{a=this,o=d(arguments),s="function"==typeof
r?r(o,a):r||{}}catch(l){i([l,"",[o,a,f],s],e)}c(n+"start",[o,a,f],s,u);try{return
p=t.apply(a,o)}catch(m){throw
c(n+"err",[o,a,m],s,u),m}finally{c(n+"end",[o,a,p],s,u)}}return
a(t)?t:(nll(n=""),nrWrapper[p]=t,o(t,nrWrapper,e),nrWrapper)}function
r(e,t,r,i,o){rll(r="")};var c,f,u,s="-
"===r.charAt(0);for(u=0;u<t.length;u++)f=t[u],c=e[f],a(c)ll(e[f]=n(c,s?f+r:r,i,f,o))}function
c(n,r,o,a){if(!lmllt){var c=m;m=!0;try{e.emit(n,r,o,t,a)}catch(f){i([f,n,r,o],e)}m=c}}
ell(e=s),n.inPlace=r,n.flag=p,n}function i(e,t){tll(t=s);try{t.emit("internal-
error",e)}catch(n){}}function o(e,t,n){if(Object.defineProperty&&Object.keys)try{var
r=Object.keys(e);return
r.forEach(function(n){Object.defineProperty(t,n,{get:function(){return
e[n]},set:function(t){return e[n]=t,t}})}),t}catch(o){i([o],n)}for(var a in
e)l.call(e,a)&&(t[a]=e[a]);return t}function a(e){return!(e&&e instanceof
Function&&e.apply&&!e[p])}function c(e,t){var n=t(e);return n[p]=e,o(e,n,s),n}function
f(e,t,n){var r=e[t];e[t]=c(r,n)}function u(){for(var e=arguments.length,t=new
Array(e),n=0;n<e;++n)t[n]=arguments[n];return t}var
s=e("ee"),d=e(7),p="nr@original",l=Object.prototype.hasOwnProperty,m=!1;t.exports=r,t.
```

3

```
exports.wrapFunction=c,t.exports.wrapInPlace=f,t.exports.argsToArray=u},{}]},{},[["loader"
]);</script>
<link rel="shortcut icon" href="/themes/custom/finra_bootstrap_sass/favicon.ico"
type="image/vnd.microsoft.icon" />

   <title>Arbitration Awards Online | FINRA.org</title>
   <link rel="stylesheet" media="all"
href="/sites/default/files/css/css_DGGfNZmObybGUOWeGNZgnUn09EJ9z1WPf7u9M6
w2Dak.css" />
<link rel="stylesheet" media="all"
href="https://use.fontawesome.com/releases/v5.7.2/css/all.css" />
<link rel="stylesheet" media="all"
href="https://use.fontawesome.com/releases/v5.7.2/css/v4-shims.css" />
<link rel="stylesheet" media="all"
href="/sites/default/files/css/css_ogeJDjVU0c6GRBoi4K5a1cl81rMK-
jZBjPKsqR7saCs.css" />
<link rel="stylesheet" media="all"
href="/sites/default/files/css/css_pT7EdiDiu5X6MaeqVQw1bnX46bbgISikkDcmcX6t6SA.
css" />
<link rel="stylesheet" media="all" href="//fonts.googleapis.com/css?family=Open+Sans"
/>
<link rel="stylesheet" media="all"
href="//fonts.googleapis.com/css?family=Open+Sans:300,300i,400,400i,600,600i,700,70
0i,800,800i" />
<link rel="stylesheet" media="all" href="//use.typekit.net/nba4hvp.css" />
<link rel="stylesheet" media="all"
href="/sites/default/files/css/css_0l9ySWqZFCFkPxo3nbS0SiDit5vroSR5R1QV42HExGE
.css" />


<!--[if lte IE 8]>
<script
src="/sites/default/files/js/js_VtafjXmRvoUgAzqzYTA3Wrjkx9wcWhjP0G4ZnnqRamA.js"
></script>
<![endif]-->

  </head>
  <body class="layout-one-sidebar layout-sidebar-first page-view-aao-views">
  <!-- Google Tag Manager (noscript) -->
  <noscript><iframe src="https://www.googletagmanager.com/ns.html?id=GTM-
PX5XDBN"
             height="0" width="0"
style="display:none;visibility:hidden"></iframe></noscript>
  <!-- End Google Tag Manager (noscript) -->
     <a href="#main-content" class="visually-hidden focusable">
    Skip to main content
   </a>

    <div class="dialog-off-canvas-main-canvas" data-off-canvas-main-canvas>
```

4

```
   <div id="page-wrapper">
  <div id="page">
    <section class="row region region-top-banner">
    <div id="block-topbanner" data-block-plugin-id="block_content:9cf5d16b-c288-4bf1-
88eb-9cea1541d1ca" class="block block-block-content block-block-content9cf5d16b-
c288-4bf1-88eb-9cea1541d1ca">


    <div class="content">

        <div class="clearfix text-formatted field field--name-body field--type-text-with-
summary field--label-hidden field__item"><p>For updates and guidance related to
COVID-19 / Coronavirus, click <a href="/rules-guidance/key-topics/covid-
19">here</a>.</p>
</div>

  </div>
 </div>

 </section>

      <header id="FINRA_header" class="header" role="banner" aria-label="Site
header">

              <div class="collapse" id="search-form">
      <div class="header-form">
       <div class="row">
        <div class="col-lg-3">
          <section class="region region-header">
     <a href="/" title="Home" rel="home" class="navbar-brand">
        <img
src="/themes/custom/finra_bootstrap_sass/images/FINRA_Logo_Web_Rev.png"
alt="Home" class="img-fluid d-inline-block align-top" />

  </a>

 </section>

         </div>
         <div class="search search-close col d-flex justify-content-end">
          <button class="search-btn" type="button" data-toggle="collapse" data-
target="#search-form" aria-expanded="false" aria-controls="search-form">
            <i class="fa fa-times fa-2x" aria-hidden="true"></i>
          </button>
         </div>
        </div>
        <div class="row">
         <div class="col">
           <section class="region region-search">
```

```
<div class="views-exposed-form bef-exposed-form block block-views block-views-
exposed-filter-blocksearch-finra-page-1" data-bef-auto-submit-full-form="" data-drupal-
selector="views-exposed-form-search-finra-page-1" id="block-exposedformsearch-
finrapage-1" data-block-plugin-id="views_exposed_filter_block:search_finra_page_1">


  <div class="finra-container">
  <div class="content">

<form action="/search" method="get" id="views-exposed-form-search-finra-page-1"
accept-charset="UTF-8">
  <div class="form-row">



  <fieldset class="js-form-item js-form-type-textfield form-type-textfield js-form-item-
search-api-fulltext form-item-search-api-fulltext form-group">
        <label for="edit-search-api-fulltext">Fulltext search</label>
            <input data-bef-auto-submit-exclude="" data-drupal-selector="edit-search-
api-fulltext" type="text" id="edit-search-api-fulltext" name="search_api_fulltext" value=""
size="30" maxlength="128" placeholder="Search FINRA.org" class="form-text form-
control" />


              </fieldset>



  <fieldset class="js-form-item js-form-type-select form-type-select js-form-item-c-field-
core-content-type-tax form-item-c-field-core-content-type-tax form-group">
        <label for="edit-c-field-core-content-type-tax">Type</label>

<select class="multiselect form-select form-control custom-seclect-style" data-drupal-
selector="edit-c-field-core-content-type-tax" multiple="multiple"
name="c_field_core_content_type_tax[]" id="edit-c-field-core-content-type-tax"
size="9"><option value="148736">2017 Exam Findings Report</option><option
value="148741">2018 Exam Findings Report</option><option value="150691">2019
Exam Findings Report</option><option value="151226">2021 Report on FINRA&#039;s
Examination and Risk Monitoring Program</option><option value="3750">A Few
Minutes With FINRA</option><option value="4825">About FINRA</option><option
value="3749">Annual Regulatory and Examination Priorities Letters</option><option
value="4827">Arbitration and Mediation</option><option value="4828">Blog
Post</option><option value="3748">Board of Governors Meeting</option><option
value="148721">Careers</option><option value="3744">Communications to
Firms</option><option value="3662">Compliance Tools</option><option
value="4899">Conference Call</option><option value="4921">Content
Outline</option><option value="4068">Continuing Education</option><option
value="19">Disciplinary Action Report</option><option value="1685">Election
Notice</option><option value="4084">Email to Firms</option><option
```

```
value="165">Events &amp; Training</option><option value="4315">Exemptive
Letter</option><option value="176">FAQ</option><option value="4085">Filing and
Reporting</option><option value="4082">Financial Reports</option><option
value="4879">FINRA&#039;s Financial Guiding Principles</option><option
value="4900">FINRA360 Progress Report</option><option
value="3631">Form</option><option value="3751">From Small Firm Advisory Board
(SFAB)</option><option value="3745">Get Involved</option><option
value="1709">Guidance</option><option value="4071">Hide From What&#039;s
New</option><option value="1761">Information Notice</option><option
value="4316">Interpretive Letter</option><option value="242">Investor
Alert</option><option value="8">Investor Education</option><option
value="4619">Investor Highlights</option><option value="150651">Investor
Insights</option><option value="4096">Key Topic</option><option
value="148746">Manage Your Career</option><option value="3630">Media
Center</option><option value="209">Monthly Disciplinary Actions</option><option
value="464">Neutral Corner</option><option value="227">News
Release</option><option value="223">Notice</option><option value="3684">Notice to
Members</option><option value="148726">Oversight &amp;
Enforcement</option><option value="270">Podcast </option><option
value="150996">Protecting Senior Investors 2015-2020</option><option
value="447">Publication</option><option value="3627">Qualification
Exam</option><option value="128">Quarterly Disciplinary Review</option><option
value="4069">Registration</option><option value="462">Regulatory and Compliance
Alerts (RCA)</option><option value="1700">Regulatory Notice</option><option
value="118">Report / Study</option><option value="148731">Report
Card</option><option value="671">Request for Comment</option><option
value="61">Rule</option><option value="160">Rule Filing</option><option
value="4541">Special Notice</option><option value="74">Speech /
Testimony</option><option value="3737">Targeted Examination Letter</option><option
value="4531">Technical Documentation</option><option value="4529">Technical
Notice</option><option value="4561">The Alert Investor</option><option
value="1915">Trade Reporting Notice</option><option
value="238">Training</option><option value="4910">User Guide</option><option
value="4083">Video</option><option value="150906">Virtual Conference
Panel</option><option value="296">Webinar</option></select>
                </fieldset>



  <fieldset class="js-form-item js-form-type-select form-type-select js-form-item-c-field-
core-topic form-item-c-field-core-topic form-group">
        <label for="edit-c-field-core-topic">Topic</label>

<select class="multiselect form-select form-control custom-seclect-style" data-drupal-
selector="edit-c-field-core-topic" multiple="multiple" name="c_field_core_topic[]" id="edit-
c-field-core-topic" size="9"><option value="1">401(k)</option><option
value="102">403(b)</option><option value="178">457</option><option
value="135">529 Prepaid Tuition Plans</option><option value="212">529 Savings
Plans</option><option value="150606">Accounts At Other Broker Dealers and Financial
```

Institutions</option><option value="251">Advertising Regulation</option><option value="284">Agency Bonds</option><option value="4183">Algorithmic Trading</option><option value="31">Alternative and Complex Products</option><option value="201">Alternative Display Facility (ADF)</option><option value="148761">Annual Audit</option><option value="64">Anti-Money Laundering</option><option value="146">Arbitration and Mediation</option><option value="134">Asset Backed Securities</option><option value="196">Auction Rate Securities</option><option value="4978">Back testing</option><option value="66">Bank Products</option><option value="4449">Best Execution</option><option value="83">Best Practices</option><option value="4564">Block Chain / Distributed Ledger Technology</option><option value="4446">Blue Sheets</option><option value="241">Bond Funds</option><option value="5019">Bond Mutual Fund Volatility/Risk Rating</option><option value="32">Bonds</option><option value="2">Books and Records</option><option value="4959">Branch Offices</option><option value="30">Breakpoints</option><option value="3602">Broker Dealer Registration</option><option value="4468">Broker Migration</option><option value="4445">Broker-Dealer Recruitment Disclosures</option><option value="4940">Brokerage</option><option value="268">BrokerCheck</option><option value="4970">Business Cards</option><option value="240">Business Continuity Planning</option><option value="4980">Business Development Company (BDC)</option><option value="4533">Capital Acquisition Brokers</option><option value="4942">Capital Formation</option><option value="4895">Carrying Agreements</option><option value="4861">Cash Equivalents</option><option value="255">Catastrophe Bonds</option><option value="3613">Central Registration Depository (CRD)</option><option value="246">Certificates of Deposit (CDs)</option><option value="259">Collateralized Mortgage Obligations (CMOs)</option><option value="147">College Savings Plans</option><option value="292">Commodities and Futures</option><option value="197">Communications with the Public</option><option value="299">Compensation</option><option value="4853">Compliance Resources</option><option value="3687">Comprehensive Automated Risk Data System (CARDS)</option><option value="225">Conflicts of Interest</option><option value="3614">Consolidated Audit Trail (CAT)</option><option value="5015">Consolidated Reports</option><option value="62356">Continuing Education</option><option value="5066">Continuing Membership Applications</option><option value="3681">Continuing Membership Applications</option><option value="272">Corporate Bonds</option><option value="71">Corporate Financing</option><option value="4964">Correspondence</option><option value="138">Coverdell Education Saving Accounts (ESAs)</option><option value="150881">COVID-19 / Coronavirus</option><option value="150631">Credit for Cooperation</option><option value="265">Custodial Accounts (UGMA and UTMA)</option><option value="75">Customer Account Statements</option><option value="245">Customer Account Transfers</option><option value="57">Customer Information Protection</option><option value="168">Customer Orders</option><option value="3686">Cybersecurity</option><option value="124">Day Trading</option><option value="50">Deferred Annuities</option><option value="5013">Department of Labor</option><option value="157">Derivatives</option><option value="150566">Derivatives and Other Balance Sheet Items (OBS)</option><option value="150711">Digital Experience Transformation (DXT)</option><option

value="96">Direct Participation Programs (DPPs)</option><option value="150591">E-Bill</option><option value="3589">Education</option><option value="150581">EFocus</option><option value="18">Electronic Communications</option><option value="97">Electronic Filing Requirements</option><option value="4464">Electronic Fingerprint Processing</option><option value="4463">Electronic Fingerprint Submission (EFS)</option><option value="3588">Enforcement</option><option value="4952">Enforcement Process</option><option value="4854">Engagement</option><option value="170">Equities</option><option value="20">Equity-Indexed Annuities</option><option value="5031">Essentials Exam</option><option value="59">Event Linked Bonds</option><option value="4985">Exam Restructuring</option><option value="244">Exams</option><option value="87">Exchange Traded Funds (ETFs)</option><option value="4958">Expense Ratio</option><option value="5017">Expertise</option><option value="4957">Fee Disclosure</option><option value="36">Fees</option><option value="151231">fileX</option><option value="4945">Filing Requirements</option><option value="148771">Financial and Operational Rules, Interpretations of</option><option value="151236">Financial Professional Gateway (FinPro)</option><option value="4435">Financial Responsibility</option><option value="4466">Financial Stress Test</option><option value="4462">Fingerprints</option><option value="3670">FINRA Foundation</option><option value="4941">FINRA Logo</option><option value="4955">FINRA Membership/Name</option><option value="4826">FINRA360</option><option value="4563">FinTech</option><option value="4897">Firm Examination Program</option><option value="274">Fixed Annuities</option><option value="3663">Fixed Income</option><option value="89">Foreign Exchange Trading</option><option value="4948">Free Writing Prospectus</option><option value="4177">Funding and Liquidity</option><option value="112">Funding Portals</option><option value="300">Funds</option><option value="4902">GASB Accounts Support Fee</option><option value="269">Generation X</option><option value="4954">Ghost-writing</option><option value="288">Gifts, Gratuities and Non-Cash Compensation</option><option value="4901">Governmental Accounting Standards Board (GASB)</option><option value="100">Hedge Funds</option><option value="5064">High Risk Brokers</option><option value="3621">High Yield Bonds</option><option value="4864">High Yield Securities</option><option value="5020">Home Equity Funded Investments</option><option value="4969">Hyperlinks</option><option value="4953">Illiquid Investments</option><option value="4951">Indications of Interest</option><option value="3601">Individual Registration</option><option value="136">Individual Retirement Accounts (IRAs)</option><option value="294">Inexperienced</option><option value="150626">Information and Testimony Requests</option><option value="145">Initial Public Offering (IPO)</option><option value="4855">Innovation</option><option value="3604">INSITE</option><option value="5012">Institutional Communications</option><option value="25">Insurance</option><option value="185">International and Emerging Market Bonds</option><option value="4982">Investment Analysis Tools</option><option value="150986">Investment Banking Referrals</option><option value="4440">Investment Products</option><option value="4856">Investor Protection</option><option

value="171">Investors</option><option value="9">Junk Bonds</option><option value="4971">Letterhead</option><option value="5016">Life Settlements</option><option value="4907">Limit Order</option><option value="4939">Linking to BrokerCheck</option><option value="228">Margin Accounts</option><option value="4949">Margin Risk Disclosure</option><option value="4437">Mark-ups / Mark-Downs</option><option value="4528">Market Access</option><option value="4906">Market Order</option><option value="3661">Market Regulation</option><option value="99">Market Transparency</option><option value="5068">Materiality Consultation Process</option><option value="3685">Member Application Program</option><option value="229">Mergers Acquisitions and Business Transfers</option><option value="77">Military</option><option value="4476">Military Spouses</option><option value="291">Millennials</option><option value="88">Money Market Securities</option><option value="142">Mortgage Backed Securities</option><option value="3615">Municipal Advisor Regulation</option><option value="4866">Municipal Fund Securities</option><option value="237">Municipal Securities</option><option value="297">Mutual Funds</option><option value="453">National Adjudicatory Council (NAC)</option><option value="150951">National Cause and Financial Crimes Detection Programs (NCFC)</option><option value="4963">National Do-Not-Call Registry</option><option value="150636">National Market System Plans</option><option value="73">Near Retirement</option><option value="4974">Negative Response Letters</option><option value="207">Net Capital</option><option value="4185">New Account Process</option><option value="4944">New Firm Communications</option><option value="219">New Investor</option><option value="3591">Office of Fraud Detection and Market Intelligence</option><option value="450">Office of Hearing Officers (OHO)</option><option value="4912">Office of the Chief Economist</option><option value="3599">Office of the General Counsel</option><option value="3600">Office of the Ombudsman</option><option value="3595">Office of the Whistleblower</option><option value="4858">Operations</option><option value="14">Options</option><option value="148756">Options Exchange Filings</option><option value="3605">Order Audit Trail System (OATS)</option><option value="68">Order Handling</option><option value="256">OTC (ATS &amp; Non-ATS) Transparency</option><option value="3607">OTC Bulletin Board (OTCBB)</option><option value="3606">Over-the-Counter Reporting Facility (ORF)</option><option value="3587">Oversight</option><option value="4478">Penny Stocks</option><option value="290">Pre-investor</option><option value="95">Preferred Securities</option><option value="4950">Principal Approval</option><option value="4868">Principal Protected Notes</option><option value="204">Private Placements</option><option value="4908">Product Vetting</option><option value="5018">Professional Designations</option><option value="4972">Projections</option><option value="211">Promissory Notes</option><option value="4436">Proprietary Trading</option><option value="271">Public Disclosure Program</option><option value="111">Public non-traded REITS</option><option value="4438">Public Offerings</option><option value="62351">Qualification Exams</option><option value="4981">Rankings</option><option value="260">Real Estate Investment Trusts</option><option value="4973">Registered Investment Advisers (RIA)</option><option value="3593">Registration and Disclosure (RAD)</option><option

value="4870">Regulation A Offerings</option><option value="150571">Regulation Best
Interest (REG BI)</option><option value="4871">Regulation D
Offerings</option><option value="150576">Regulation M</option><option
value="5065">Regulation M Filings</option><option value="3608">Regulation
NMS</option><option value="4977">Related Performance</option><option
value="3680">Renewal Program</option><option
value="76">Reporting</option><option value="5021">Reprints</option><option
value="5">Research Analyst Rules</option><option value="4452">Research
Disclosures</option><option value="4965">Research Reports</option><option
value="101">Retirement Savings Plans</option><option value="4911">Retrospective
Rule Review</option><option value="4453">Reverse Convertible Notes
(RCN)</option><option value="202">Risk Management</option><option
value="148766">Rule 4530 Reporting Requirements</option><option
value="154">Sales Practices</option><option value="4946">Sanction
Guidelines</option><option value="123">Savings Accounts</option><option
value="4956">Securities Investor Protection Corporation - SIPC</option><option
value="63">Security Futures</option><option value="148776">SEC's July 2013
Financial Responsibility Rule Amendments</option><option value="4947">Senior
Designations</option><option value="3585">Senior Investors</option><option
value="4943">Shareholder Reports</option><option value="4457">Short Interest
Reporting</option><option value="4456">Short Selling</option><option
value="179">Social Media</option><option value="150601">Statutory
Disqualification</option><option value="181">Stocks</option><option
value="58">Structured Products</option><option value="150551">Subordination
Agreements</option><option value="301">Suitability</option><option
value="233">Supervision</option><option value="150596">Supplemental Statement of
Income (SSOI)</option><option value="3594">Technology</option><option
value="22">Teens</option><option value="278">Telemarketing</option><option
value="4961">Television and Video</option><option
value="4976">Templates</option><option value="4962">Tenants-in-Common
Interests</option><option value="4979">Third Party Research</option><option
value="243">Thrift savings plan (TSP)</option><option value="4095">Tick Size Pilot
Program</option><option value="4530">TRACE BTDS</option><option
value="3609">Trade Reporting and Compliance Engine (TRACE)</option><option
value="3610">Trade Reporting Facility (TRF)</option><option value="150586">Trading
Activity Fee</option><option value="3618">Treasury Bills</option><option
value="180">Treasury Bonds</option><option value="5014">Treasury Inflation
Protected Securities (TIPS)</option><option value="3619">Treasury
Notes</option><option value="4891">U.S. Treasury Securities</option><option
value="3611">Uniform Practice Code (UPC)</option><option value="5067">Update a
Firm&#039;s Registration</option><option value="151101">Use of Negative Response
Letters</option><option value="167">Variable Annuities</option><option
value="4873">Variable Life Insurance Products</option><option value="4905">VIX-
Linked Products (Volatility Index)</option><option value="151106">Web
CRD</option><option value="3">Women</option></select>
                </fieldset>

```
        <fieldset class="js-form-item js-form-type-select form-type-select js-form-item-core-
official-year form-item-core-official-year form-group">
            <label for="edit-core-official-year">Year</label>

<select data-bef-auto-submit-exclude="" class="multiselect-small form-select form-
control custom-seclect-style" data-drupal-selector="edit-core-official-year"
multiple="multiple" name="core_official_year[]" id="edit-core-official-year"><option
value="2021">2021</option><option value="2020">2020</option><option
value="2019">2019</option><option value="2018">2018</option><option
value="2017">2017</option><option value="2016">2016</option><option
value="2015">2015</option><option value="2014">2014</option><option
value="2013">2013</option><option value="2012">2012</option><option
value="2011">2011</option><option value="2010">2010</option><option
value="2009">2009</option><option value="2008">2008</option><option
value="2007">2007</option><option value="2006">2006</option><option
value="2005">2005</option><option value="2004">2004</option><option
value="2003">2003</option><option value="2002">2002</option><option
value="2001">2001</option><option value="2000">2000</option><option
value="1999">1999</option><option value="1998">1998</option><option
value="1997">1997</option><option value="1996">1996</option><option
value="1995">1995</option><option value="1994">1994</option><option
value="1993">1993</option><option value="1992">1992</option><option
value="1991">1991</option><option value="1990">1990</option><option
value="1989">1989</option><option value="1988">1988</option><option
value="1987">1987</option><option value="1970">1970</option><option
value="1969">1969</option></select>
                </fieldset>
<div data-drupal-selector="edit-actions" class="form-actions js-form-wrapper form-group"
id="edit-actions"><input data-bef-auto-submit-click="" data-drupal-selector="edit-submit-
search-finra" type="submit" id="edit-submit-search-finra" value="Search" class="button
js-form-submit form-submit btn btn-primary form-control" />

</div>

</div>

</form>

   </div>
  </div>
  </div>

 </section>

            </div>
            </div>
            <div class="row">
             <div class="col">
```

```
          </div>
         </div>
        </div>
       </div>
            <div class="finra-container">
        <div class="row">
         <div class="col-lg-1">
           <section class="region region-header">
        <a href="/" title="Home" rel="home" class="navbar-brand">
           <img
src="/themes/custom/finra_bootstrap_sass/images/FINRA_Logo_Web_Rev.png"
alt="Home" class="img-fluid d-inline-block align-top" />

   </a>

  </section>

          </div>
          <div class="col-lg">
           <nav class="navbar navbar-dark bg-transparent" id="navbar-top">
             <div class="header-menus col collapse" id="CollapsingNavbar">
                         <div class="secondary-header-row row justify-content-
between">
                <div class="secondary-menu col-lg-9">
                   <section class="region region-secondary-menu">
   <nav role="navigation" aria-labelledby="block-finrautilitymenu-menu" id="block-
finrautilitymenu" data-block-plugin-id="system_menu_block:finra-utility-menu"
class="block block-menu navigation menu--finra-utility-menu">

  <h2 class="sr-only" id="block-finrautilitymenu-menu">FINRA Utility Menu</h2>


                  <ul block="block-finrautilitymenu" class="clearfix nav navbar-nav">
           <li class="nav-item menu-item--collapsed">
              <a href="/about" class="nav-link" data-drupal-link-system-
path="node/135106">About FINRA</a>
          </li>
           <li class="nav-item menu-item--collapsed">
              <a href="/careers" class="nav-link" data-drupal-link-system-
path="node/135166">Careers</a>
          </li>
           <li class="nav-item menu-item--collapsed">
              <a href="/media-center" class="nav-link" data-drupal-link-system-
path="node/136031">Media Center</a>
          </li>
           <li class="nav-item">
              <a href="/contact-finra" class="nav-link" data-drupal-link-system-
path="node/135416">Contact Us</a>
          </li>
```

13

```
        <li class="nav-item">
            <a href="https://brokercheck.finra.org" class="nav-link">BrokerCheck</a>
        </li>
    </ul>


</nav>

</section>

            </div>
            <div class="top-header col-lg-2">

            </div>
            <div class="top-header-form">
                <section class="region region-top-header-form">
    <div id="block-loginoverlay" data-block-plugin-id="block_content:c518cdf2-f12b-4b79-
971f-bc2ff7b602d5" class="block block-block-content block-block-contentc518cdf2-f12b-
4b79-971f-bc2ff7b602d5">


    <div class="content">

        <div class="clearfix text-formatted field field--name-body field--type-text-with-
summary field--label-hidden field__item"><div aria-controls="loginCollapse" aria-
expanded="false" class="test" data-toggle="collapse" href="#loginCollapse" id="login-
icon" role="button">
<p>Log In</p>
</div>

<div class="collapse" id="loginCollapse">
<div>
<ul class="list-unstyled-links"><li class="login-url"><span><a
href="https://finpro.finra.org/">FinPro (The Financial Professional
Gateway)</a></span></li>
        <li class="login-url"><span><a href="https://gateway.finra.org">FINRA
Gateway</a> </span></li>
        <li class="login-url"><span><a href="https://drportal.finra.org">Dispute
Resolution Portal</a> </span></li>
</ul></div>

<div class="login-second">
<p class="login-links"><a class="login-link" style="font-size:1.4em;important;"
href="/filing-reporting/entitlement/systems">Login to Other FINRA Systems</a></p>
</div>

<div class="login-third">
```

```
<p class="login-links"><a class="login-link" href="/filing-reporting/entitlement-
program/request-access">Request Access</a> | <a class="login-link" href="/filing-
reporting/entitlement-program/">About Account Creation</a></p>
</div>

<div class="login-fourth">
<p class="need-help">Need Help? Contact FINRA at 301-590-6500.</p>
</div>
</div>
</div>

    </div>
  </div>

  </section>

          </div>
          </div>
                                    <div class="primary-header-row row justify-
content-between">
            <div class="primary-menu col-lg-11">
                <section class="region region-primary-menu">
    <div id="block-finrahomepagenavwmegamenus" data-block-plugin-id="superfish:finra-
homepage-nav-w-megame" class="block block-superfish block-superfishfinra-
homepage-nav-w-megame">


    <div class="content">

<ul id="superfish-finra-homepage-nav-w-megame" class="menu sf-menu sf-finra-
homepage-nav-w-megame sf-horizontal sf-style-blue">

<li id="finra-homepage-nav-w-megame-menu-link-contentd364ff8f-3347-4ef3-8cb5-
0f24583a410d" class="sf-depth-1 header menuparent"><a href="/rules-guidance"
class="sf-depth-1 menuparent">Rules &amp; Guidance</a><ul class="sf-
multicolumn"><li class="sf-multicolumn-wrapper "><ol><li id="finra-homepage-nav-w-
megame-menu-link-contentc4fa03e6-c6a1-43a1-834a-240ef1b4fcb8" class="sf-depth-2
header sf-multicolumn-column menuparent"><div class="sf-multicolumn-column"><a
href="/" class="sf-depth-2 menuparent">R&amp;G section 1</a><ol><li id="finra-
homepage-nav-w-megame-menu-link-content0fd86390-2923-4574-8658-
cb98ab5dd4b4" class="sf-depth-3 header menuparent"><a href="/rules-guidance/finra-
manual" class="sf-depth-3 menuparent">FINRA Manual</a><ol><li id="finra-homepage-
nav-w-megame-menu-link-contentc613f01b-6db6-4fbe-8a5d-c9388764ce7c" class="sf-
depth-4 header sf-no-children"><a href="/rules-guidance/rulebooks/updates" class="sf-
depth-4">Updates</a></li></ol></li><li id="finra-homepage-nav-w-megame-menu-link-
contentdd19a09a-6c3c-43ef-a6dd-b62b599355fc" class="sf-depth-3 header
menuparent"><a href="/rules-guidance/interpreting-rules" class="sf-depth-3
menuparent">Interpreting the Rules</a><ol><li id="finra-homepage-nav-w-megame-
menu-link-contentbeb8e88e-19b6-4141-8119-ab161b29733f" class="sf-depth-4 header
```

15

sf-no-children"><a href="/rules-guidance/notices" class="sf-depth-4">Notices</a></li><li id="finra-homepage-nav-w-megame-menu-link-content01bcde5a-18bd-49bc-ad8a-5030dfa32bce" class="sf-depth-4 header sf-no-children"><a href="/rules-guidance/guidance" class="sf-depth-4">Guidance</a></li><li id="finra-homepage-nav-w-megame-menu-link-contentbeaeaea8-a70b-4cd5-85e7-6f315919df94" class="sf-depth-4 header sf-no-children"><a href="/rules-guidance/guidance/faqs" class="sf-depth-4">Frequently Asked Questions</a></li><li id="finra-homepage-nav-w-megame-menu-link-contentbee8ddc9-8e5e-45fe-8124-1030d6f581fd" class="sf-depth-4 header sf-no-children"><a href="/rules-guidance/key-topics" class="sf-depth-4">Key Topics</a></li><li id="finra-homepage-nav-w-megame-menu-link-content35e5f001-c7fb-4fd8-8a91-cadf2e42c4c3" class="sf-depth-4 header sf-no-children"><a href="/rules-guidance/interpretive-questions" class="sf-depth-4">Interpretive Questions</a></li></ol></li></ol></div></li><li id="finra-homepage-nav-w-megame-menu-link-content34a6a839-8a25-4bca-ad8b-96dd506ae13b" class="sf-depth-2 header sf-multicolumn-column menuparent"><div class="sf-multicolumn-column"><a href="/" class="sf-depth-2 menuparent">R&amp;G section 2</a><ol><li id="finra-homepage-nav-w-megame-menu-link-content11a59f72-4eb5-40c9-9f12-0e4df107d32e" class="sf-depth-3 header menuparent"><a href="/rules-guidance/rulemaking-process" class="sf-depth-3 menuparent">The Rulemaking Process</a><ol><li id="finra-homepage-nav-w-megame-menu-link-content442f10f2-603f-48c1-8e88-dd7775df8358" class="sf-depth-4 header sf-no-children"><a href="/rules-guidance/rule-filings" class="sf-depth-4">Rule Filings</a></li><li id="finra-homepage-nav-w-megame-menu-link-contented33f23a-f1bf-4676-9ac1-bb6030d21da8" class="sf-depth-4 header sf-no-children"><a href="https://tools.finra.org/rule_filings/" class="sf-depth-4 sf-external">Rule Filing Status Report</a></li><li id="finra-homepage-nav-w-megame-menu-link-contenta34943b3-a2ae-4d0c-947a-69cb69f2b01c" class="sf-depth-4 header sf-no-children"><a href="/rules-guidance/requests-for-comments" class="sf-depth-4">Requests for Comments</a></li><li id="finra-homepage-nav-w-megame-menu-link-content30aadd78-ca2e-40ae-bced-a0ac2defb99f" class="sf-depth-4 header sf-no-children"><a href="/rules-guidance/rulebook-consolidation" class="sf-depth-4">Rulebook Consolidation</a></li></ol></li><li id="finra-homepage-nav-w-megame-menu-link-contentb0358eae-fb53-42df-afeb-1c5d10c4768f" class="sf-depth-3 header menuparent"><a href="/rules-guidance/adjudication-decisions" class="sf-depth-3 menuparent">Adjudication &amp; Decisions</a><ol><li id="finra-homepage-nav-w-megame-menu-link-content2a56bcb6-1f2b-46e0-a218-6e88266deb22" class="sf-depth-4 header sf-no-children"><a href="/rules-guidance/adjudication-decisions/national-adjudicatory-council-nac" class="sf-depth-4">National Adjudicatory Council (NAC)</a></li><li id="finra-homepage-nav-w-megame-menu-link-content3a218621-a4de-45c7-af83-444f7e057dfe" class="sf-depth-4 header sf-no-children"><a href="/rules-guidance/adjudication-decisions/office-hearing-officers-oho/about" class="sf-depth-4">Office of Hearing Officers (OHO)</a></li></ol></li></ol></div></li><li id="finra-homepage-nav-w-megame-menu-link-content0e906962-a50a-4493-b1b0-453314f45999" class="sf-depth-2 header sf-multicolumn-column menuparent"><div class="sf-multicolumn-column"><a href="/" class="sf-depth-2 menuparent">R&amp;G section 3</a><ol><li id="finra-homepage-nav-w-megame-menu-link-content8f3e31d0-75c8-4832-9462-15f4bb2b194a" class="sf-depth-3 header menuparent"><a href="/rules-guidance/enforcement" class="sf-depth-3 menuparent">Enforcement</a><ol><li id="finra-homepage-nav-w-megame-menu-link-content9aeb2774-cf45-4d9a-91a4-453f45d67c2e" class="sf-depth-4 header sf-no-children"><a href="/rules-

guidance/oversight-enforcement/disciplinary-actions-online" class="sf-depth-4">Disciplinary Actions Online</a></li><li id="finra-homepage-nav-w-megame-menu-link-contentb29d8043-edf0-4cbf-b309-617895a7291b" class="sf-depth-4 header sf-no-children"><a href="/rules-guidance/oversight-enforcement/disciplinary-actions" class="sf-depth-4">Monthly Disciplinary Actions</a></li><li id="finra-homepage-nav-w-megame-menu-link-content0fc35c29-9b69-442e-a100-6f43dad32529" class="sf-depth-4 header sf-no-children"><a href="/rules-guidance/oversight-enforcement/sanction-guidelines" class="sf-depth-4">Sanction Guidelines</a></li><li id="finra-homepage-nav-w-megame-menu-link-content97dca4ad-2cc0-4d04-88e7-2f3f2fffc484" class="sf-depth-4 header sf-no-children"><a href="/rules-guidance/oversight-Oversight%20%26%20Enforcement/individuals-barred-finra" class="sf-depth-4">Individuals Barred by FINRA</a></li></ol></li></ol></div></li></ol></li></ul></li><li id="finra-homepage-nav-w-megame-menu-link-content6246d576-c6c4-40b2-bf29-c84cbcd6e5f6" class="sf-depth-1 header menuparent"><a href="/registration-exams-ce" class="sf-depth-1 menuparent">Registration, Exams &amp; CE</a><ul class="sf-multicolumn"><li class="sf-multicolumn-wrapper "><ol><li id="finra-homepage-nav-w-megame-menu-link-contente77a7ced-1006-4699-96fa-abba0b04ee92" class="sf-depth-2 header sf-multicolumn-column menuparent"><div class="sf-multicolumn-column"><a href="/" class="sf-depth-2 menuparent">Registration section 1</a><ol><li id="finra-homepage-nav-w-megame-menu-link-content7382dda4-d27f-4b09-a78b-345a21172d18" class="sf-depth-3 header menuparent"><a href="/registration-exams-ce/registration" class="sf-depth-3 menuparent">Registration</a><ol><li id="finra-homepage-nav-w-megame-menu-link-content559e0f15-30c4-444d-8d7f-8cf5d84f1398" class="sf-depth-4 header sf-no-children"><a href="/registration-exams-ce/broker-dealers" class="sf-depth-4">Broker Dealers</a></li><li id="finra-homepage-nav-w-megame-menu-link-content05b7a849-0aee-4e04-b48f-e342ab607ad1" class="sf-depth-4 header sf-no-children"><a href="/registration-exams-ce/capital-acquisition-brokers" class="sf-depth-4">Capital Acquisition Brokers</a></li><li id="finra-homepage-nav-w-megame-menu-link-contentead9f92a-652b-4ffe-845d-7a0e9cf19886" class="sf-depth-4 header sf-no-children"><a href="/registration-exams-ce/funding-portals" class="sf-depth-4">Funding Portals</a></li><li id="finra-homepage-nav-w-megame-menu-link-content014044e4-2881-4050-a49d-857a255fe0f1" class="sf-depth-4 header sf-no-children"><a href="/registration-exams-ce/individuals" class="sf-depth-4">Individuals</a></li></ol></li></ol></div></li><li id="finra-homepage-nav-w-megame-menu-link-content0bff760a-f8cf-424a-9ddf-28458084a738" class="sf-depth-2 header sf-multicolumn-column menuparent"><div class="sf-multicolumn-column"><a href="/" class="sf-depth-2 menuparent">Registration section 2</a><ol><li id="finra-homepage-nav-w-megame-menu-link-content1de7b82c-9510-4299-80fd-ffa92b653ff3" class="sf-depth-3 header menuparent"><a href="/registration-exams-ce/qualification-exams" class="sf-depth-3 menuparent">Qualification Exams</a><ol><li id="finra-homepage-nav-w-megame-menu-link-contentdff59b69-4368-4ef8-b3f6-73f837dc91f5" class="sf-depth-4 header sf-no-children"><a href="/registration-exams-ce/qualification-exams/securities-industry-essentials-exam-sie" class="sf-depth-4">Securities Industry Essentials Exam (SIE)</a></li><li id="finra-homepage-nav-w-megame-menu-link-contentf5cd72c5-e78f-4052-9227-e38de594970e" class="sf-depth-4 header sf-no-children"><a href="/registration-exams-ce/qualification-exams/series7" class="sf-depth-4">Series 7</a></li><li id="finra-homepage-nav-w-megame-menu-link-content9b809e13-52b4-4983-b0e4-573324627730" class="sf-depth-4 header sf-no-children"><a href="/registration-exams-ce/qualification-exams" class="sf-depth-

4">All</a></li></ol></li><li id="finra-homepage-nav-w-megame-menu-link-content8d5e5890-9008-4538-9269-45e8f398f2f0" class="sf-depth-3 header sf-no-children"><a href="/registration-exams-ce/continuing-education" class="sf-depth-3">Continuing Education (CE)</a></li></ol></div></li><li id="finra-homepage-nav-w-megame-menu-link-contentb3ce66cb-c454-41ac-93e2-d06921ba2296" class="sf-depth-2 header sf-multicolumn-column menuparent"><div class="sf-multicolumn-column"><a href="/" class="sf-depth-2 menuparent">Registration section 3</a><ol><li id="finra-homepage-nav-w-megame-menu-link-contentca00e169-8f6d-44a6-bc51-fd004bcffb5e" class="sf-depth-3 header menuparent"><a href="/registration-exams-ce/classic-crd" class="sf-depth-3 menuparent">Registration Systems</a><ol><li id="finra-homepage-nav-w-megame-menu-link-contentf0c723f6-a484-40ca-8375-9da2ba562c82" class="sf-depth-4 header sf-no-children"><a href="/registration-exams-ce/classic-crd" class="sf-depth-4">Classic CRD</a></li><li id="finra-homepage-nav-w-megame-menu-link-contentfd9a7a60-cd6f-440b-a2bb-94d29db08ad7" class="sf-depth-4 header sf-no-children"><a href="/registration-exams-ce/finpro" class="sf-depth-4">Financial Professional Gateway (FINPRO)</a></li><li id="finra-homepage-nav-w-megame-menu-link-contentaff7e918-f90b-47c8-b20a-c142d851eecd" class="sf-depth-4 header sf-no-children"><a href="/registration-exams-ce/financial-industry-networking-directory" class="sf-depth-4">Financial Industry Networking Directory (FIND)</a></li></ol></li></ol></div></li></ol></li></ul></li><li id="finra-homepage-nav-w-megame-menu-link-contentc91560c1-f78f-4fb8-93d3-0f765ae25c50" class="sf-depth-1 header menuparent"><a href="/events-training" class="sf-depth-1 menuparent">Events &amp; Training</a><ul class="sf-multicolumn"><li class="sf-multicolumn-wrapper "><ol><li id="finra-homepage-nav-w-megame-menu-link-content37c18b3c-b40d-4d0b-a35c-fd7b9cd7cfbc" class="sf-depth-2 header sf-no-children"><a href="/events-training/conferences-events" class="sf-depth-2">Conferences &amp; Events</a></li><li id="finra-homepage-nav-w-megame-menu-link-contente5b420f9-079f-4c37-95f8-194d09d9435e" class="sf-depth-2 header sf-no-children"><a href="/events-training/virtual-conference-panels" class="sf-depth-2">Virtual Conference Panels</a></li><li id="finra-homepage-nav-w-megame-menu-link-content41cf2d3f-45be-4a49-abe2-216c670c516d" class="sf-depth-2 header sf-no-children"><a href="/events-training/finra-georgetown" class="sf-depth-2">FINRA Institute at Georgetown</a></li><li id="finra-homepage-nav-w-megame-menu-link-content7512f043-5209-47e9-905a-2c250d2f42c1" class="sf-depth-2 header sf-no-children"><a href="/rules-guidance/guidance/few-minutes-with-finra" class="sf-depth-2">A Few Minutes With FINRA</a></li><li id="finra-homepage-nav-w-megame-menu-link-content4c33f636-b82b-4da5-a1c0-5bd277c56159" class="sf-depth-2 header sf-no-children"><a href="/events-training/e-learning" class="sf-depth-2">E-Learning Courses</a></li><li id="finra-homepage-nav-w-megame-menu-link-contentb8a0bf3a-b109-46f7-a66b-686f755979ae" class="sf-depth-2 header sf-no-children"><a href="/compliance-tools/small-firms-information/small-firm-report-0" class="sf-depth-2">Small Firm Conference Call</a></li><li id="finra-homepage-nav-w-megame-menu-link-content7b841b12-80d6-4430-bb32-34aac7478a2c" class="sf-depth-2 header sf-no-children"><a href="/events-training/webinars" class="sf-depth-2">Webinars</a></li></ol></li></ul></li><li id="finra-homepage-nav-w-megame-menu-link-content6fd378b6-f9fa-4fb6-9a92-44a5b40a4654" class="sf-depth-1 header menuparent"><a href="/filing-reporting" class="sf-depth-1 menuparent">Filing &amp; Reporting</a><ul class="sf-multicolumn"><li class="sf-multicolumn-wrapper "><ol><li id="finra-homepage-nav-w-megame-menu-link-content218fb59a-ab2d-4154-9e5e-

bb92cc9bc1bb" class="sf-depth-2 header sf-no-children"><a href="/filing-reporting/finra-entitlement-program" class="sf-depth-2">Entitlement Program</a></li><li id="finra-homepage-nav-w-megame-menu-link-content45890a60-ffd0-408b-b688-d3cb5ea16c3b" class="sf-depth-2 header sf-no-children"><a href="/filing-reporting/finra-gateway" class="sf-depth-2">FINRA Gateway</a></li><li id="finra-homepage-nav-w-megame-menu-link-contentbae311ee-22aa-495b-b1e4-08103bff186c" class="sf-depth-2 header sf-no-children"><a href="/filing-reporting/market-transparency-reporting" class="sf-depth-2">Market Transparency Reporting Tools</a></li><li id="finra-homepage-nav-w-megame-menu-link-contentfe09146b-9227-43ad-8c9d-90f2fdbf9abb" class="sf-depth-2 header sf-no-children"><a href="/filing-reporting/regulatory-filing-systems" class="sf-depth-2">Regulatory Filing Systems</a></li><li id="finra-homepage-nav-w-megame-menu-link-content511e4ed3-fbd4-4e2c-b021-233e34a30d7f" class="sf-depth-2 header sf-no-children"><a href="/filing-reporting/data-transfer-tools" class="sf-depth-2">Data Transfer Tools</a></li><li id="finra-homepage-nav-w-megame-menu-link-contentf50e0e83-fb3a-4267-afb0-26381a1b6548" class="sf-depth-2 header sf-no-children"><a href="/filing-reporting/e-bill" class="sf-depth-2">E-Bill</a></li></ol></li></ul></li><li id="finra-homepage-nav-w-megame-menu-link-content858bee61-be4f-4019-9504-8f52219e46c2" class="sf-depth-1 header menuparent"><a href="/compliance-tools" class="sf-depth-1 menuparent">Compliance Tools</a><ul class="sf-multicolumn"><li class="sf-multicolumn-wrapper "><ol><li id="finra-homepage-nav-w-megame-menu-link-contentd9aba95e-f14e-492f-a311-b1deb2d641a4" class="sf-depth-2 header sf-no-children"><a href="/compliance-tools/cybersecurity-checklist" class="sf-depth-2">Cybersecurity Checklist</a></li><li id="finra-homepage-nav-w-megame-menu-link-contente8f6a8d2-5339-434b-bf53-454414f1bd22" class="sf-depth-2 header sf-no-children"><a href="/compliance-tools/compliance-calendar" class="sf-depth-2">Compliance Calendar</a></li><li id="finra-homepage-nav-w-megame-menu-link-content909b0c56-9c3f-45f5-a5c7-1fb357836217" class="sf-depth-2 header sf-no-children"><a href="/compliance-tools/weekly-archive" class="sf-depth-2">Weekly Update Email Archive</a></li><li id="finra-homepage-nav-w-megame-menu-link-content70bf8471-d3be-4434-89ad-6a7dad2f03ed" class="sf-depth-2 header sf-no-children"><a href="/compliance-tools/peer-2-peer-compliance-library" class="sf-depth-2">Peer-2-Peer Compliance Library</a></li><li id="finra-homepage-nav-w-megame-menu-link-content4c70c880-5b3f-4360-a426-51880fac55db" class="sf-depth-2 header sf-no-children"><a href="/compliance-tools/preferred-pricing-program" class="sf-depth-2">Preferred Pricing Program</a></li><li id="finra-homepage-nav-w-megame-menu-link-contenta11a1eb4-fdc8-42d3-8871-b29e49b4bfca" class="sf-depth-2 header sf-no-children"><a href="/compliance-tools/compliance-vendor-directory" class="sf-depth-2">Compliance Vendor Directory</a></li><li id="finra-homepage-nav-w-megame-menu-link-contentfd1f1648-ab67-4ad3-aaff-82654eb5c03c" class="sf-depth-2 header sf-no-children"><a href="/compliance-tools/all-compliance-tools" class="sf-depth-2">All</a></li></ol></li></ul></li><li id="finra-homepage-nav-w-megame-menu-link-content166813ea-e8cf-4186-afde-ac390338cb34" class="active-trail sf-depth-1 header menuparent"><a href="/investors" class="sf-depth-1 menuparent">For Investors</a><ul class="sf-multicolumn"><li class="sf-multicolumn-wrapper "><ol><li id="finra-homepage-nav-w-megame-menu-link-content487f0260-89ef-4669-b813-59783f448eaa" class="sf-depth-2 header sf-multicolumn-column menuparent"><div class="sf-multicolumn-column"><a href="/" class="sf-depth-2 menuparent">For Investors section 1</a><ol><li id="finra-homepage-nav-w-megame-menu-link-content9e05d85c-ba77-4f30-aa90-

316e5e9b0efa" class="sf-depth-3 header sf-no-children"><a href="/investors/insights" class="sf-depth-3">Investor Insights</a></li><li id="finra-homepage-nav-w-megame-menu-link-contenta6e7f364-bb67-445e-83fe-54502c0be137" class="sf-depth-3 header sf-no-children"><a href="/investors/tools-and-calculators" class="sf-depth-3">Tools &amp; Calculators</a></li><li id="finra-homepage-nav-w-megame-menu-link-contentf9937aef-c2c0-43d0-a37d-80488ce689c4" class="sf-depth-3 header menuparent"><a href="/investors/personal-finance" class="sf-depth-3 menuparent">Personal Finance</a><ol><li id="finra-homepage-nav-w-megame-menu-link-content6739607a-bc57-42d9-af9b-e5419f9192a9" class="sf-depth-4 header sf-no-children"><a href="/investors/personal-finance/set-your-financial-goals" class="sf-depth-4">Financial Goals</a></li><li id="finra-homepage-nav-w-megame-menu-link-content83d34336-47b1-4f04-84c5-03cefb7fa147" class="sf-depth-4 header sf-no-children"><a href="/investors/personal-finance/know-your-net-worth" class="sf-depth-4">Net Worth</a></li><li id="finra-homepage-nav-w-megame-menu-link-content2371ce1f-76a9-4c3a-8a95-88cfb92b21e6" class="sf-depth-4 header sf-no-children"><a href="/investors/personal-finance/control-spending-calculate-cash-flow" class="sf-depth-4">Spending</a></li><li id="finra-homepage-nav-w-megame-menu-link-content856bce8a-cc2f-4005-ac23-abf88f872d7e" class="sf-depth-4 header sf-no-children"><a href="/investors/personal-finance/manage-your-debt" class="sf-depth-4">Debt</a></li><li id="finra-homepage-nav-w-megame-menu-link-content8cb9e94d-70e5-48e3-b783-ae5634593e61" class="sf-depth-4 header sf-no-children"><a href="/investors/personal-finance/how-your-credit-score-impacts-your-financial-future" class="sf-depth-4">Credit Scores</a></li><li id="finra-homepage-nav-w-megame-menu-link-contentfff13254-0dcc-4378-b052-07a9b69207b2" class="sf-depth-4 header sf-no-children"><a href="/investors/personal-finance/start-emergency-fund" class="sf-depth-4">Emergency Funds</a></li></ol></li></ol></div></li><li id="finra-homepage-nav-w-megame-menu-link-contentaf157c60-828d-48e7-93ee-a7b4928ef97d" class="sf-depth-2 header sf-multicolumn-column menuparent"><div class="sf-multicolumn-column"><a href="/" class="sf-depth-2 menuparent">For Investors section 2</a><ol><li id="finra-homepage-nav-w-megame-menu-link-content16325fe0-f4ab-4210-a2a9-2f6d0400e74a" class="sf-depth-3 header menuparent"><a href="/investors/learn-to-invest" class="sf-depth-3 menuparent">Learn to Invest</a><ol><li id="finra-homepage-nav-w-megame-menu-link-contentca5c7515-66c6-4123-9451-e166619b6aac" class="sf-depth-4 header sf-no-children"><a href="/investors/learn-to-invest/choosing-investment-professional" class="sf-depth-4">Choosing an Investment Professional</a></li><li id="finra-homepage-nav-w-megame-menu-link-content15a56576-6826-4e44-beb2-c850f04cfe23" class="sf-depth-4 header sf-no-children"><a href="/investors/learn-to-invest/types-investments" class="sf-depth-4">Types of Investments</a></li><li id="finra-homepage-nav-w-megame-menu-link-contente77a0b07-03ba-402a-89c0-5be0a647fd7e" class="sf-depth-4 header sf-no-children"><a href="/investors/learn-to-invest/key-investing-concepts" class="sf-depth-4">Key Investing Concepts</a></li><li id="finra-homepage-nav-w-megame-menu-link-contentad81b387-c1dc-45c8-a579-61f43038fc0f" class="sf-depth-4 header sf-no-children"><a href="/investors/learn-to-invest/brokerage-accounts" class="sf-depth-4">Brokerage Accounts</a></li><li id="finra-homepage-nav-w-megame-menu-link-content541b9526-18dd-4fe3-89a6-c4ed7678c963" class="sf-depth-4 header sf-no-children"><a href="/investors/learn-to-invest/advanced-investing" class="sf-depth-4">Advanced Investing</a></li><li id="finra-homepage-nav-w-megame-menu-link-content4bdf4dcb-3b6b-4adc-bcb8-3e6f5571159c" class="sf-depth-4 header sf-no-children"><a href="/investors/learn-to-invest/young-adults-and-investing" class="sf-

```
depth-4">Young Adults and Investing</a></li></ol></li><li id="finra-homepage-nav-w-
megame-menu-link-content7f700e32-3172-4bda-a1cb-30dc3474d8b7" class="sf-depth-3
header menuparent"><a href="/investors/protect-your-money" class="sf-depth-3
menuparent">Protect Your Money</a><ol><li id="finra-homepage-nav-w-megame-
menu-link-content592dcde4-0665-44cd-807f-513d52fafa2c" class="sf-depth-4 header sf-
no-children"><a href="/investors/alerts" class="sf-depth-4">Investor Alerts</a></li><li
id="finra-homepage-nav-w-megame-menu-link-content1309983b-3f28-4963-a62d-
0480a05bc438" class="sf-depth-4 header sf-no-children"><a href="/investors/protect-
your-money/ask-and-check" class="sf-depth-4">Ask and Check</a></li><li id="finra-
homepage-nav-w-megame-menu-link-content7182170a-17a2-460a-a0ed-
58558026b7b5" class="sf-depth-4 header sf-no-children"><a href="/investors/protect-
your-money/avoid-fraud" class="sf-depth-4">Avoid Fraud</a></li><li id="finra-
homepage-nav-w-megame-menu-link-content22335996-9b97-4987-a258-
9236142677ea" class="sf-depth-4 header sf-no-children"><a href="/investors/protect-
your-money/protect-your-identity" class="sf-depth-4">Protect Your
Identity</a></li></ol></li></ol></div></li><li id="finra-homepage-nav-w-megame-menu-
link-content91b356cf-c2a8-4b63-88f6-ce00da02e866" class="active-trail sf-depth-2
header sf-multicolumn-column menuparent"><div class="sf-multicolumn-column"><a
href="/" class="sf-depth-2 menuparent">For Investors section 3</a><ol><li id="finra-
homepage-nav-w-megame-menu-link-content41b96366-28ff-43a8-ad5e-ed305e7d67a0"
class="active-trail sf-depth-3 header menuparent"><a href="/investors/have-problem"
class="sf-depth-3 menuparent">Have a Problem?</a><ol><li id="finra-homepage-nav-w-
megame-menu-link-content6aea10f3-7921-43a1-bca4-370eaa5595dc" class="sf-depth-4
header sf-no-children"><a href="/investors/have-problem/file-complaint" class="sf-depth-
4">File a Complaint</a></li><li id="finra-homepage-nav-w-megame-menu-link-
content6c615aeb-1710-4594-8190-4d5d09ae271b" class="sf-depth-4 header sf-no-
children"><a href="/investors/have-problem/helpline-seniors" class="sf-depth-4">FINRA
Securities Helpline for Seniors</a></li><li id="finra-homepage-nav-w-megame-menu-
link-contentd7c8214d-622b-4b84-bfba-2f0fe1d517d2" class="active-trail sf-depth-4
header sf-no-children"><a href="/arbitration-mediation" class="sf-depth-4">Dispute
Resolution</a></li><li id="finra-homepage-nav-w-megame-menu-link-contentafbe1bce-
eecb-4015-8fe3-17b74146838c" class="sf-depth-4 header sf-no-children"><a
href="/investors/have-problem/your-rights-under-sipc-protection" class="sf-depth-
4">SIPC Protection</a></li><li id="finra-homepage-nav-w-megame-menu-link-
content2fec964a-fdd3-4807-843a-c00167921c04" class="sf-depth-4 header sf-no-
children"><a href="/investors/have-problem/legitimate-avenues-recovery-investment-
losses" class="sf-depth-4">Avenues for Recovery of
Losses</a></li></ol></li></ol></div></li></ol></li></ul></li>
</ul>


    </div>
   </div>


   </section>


               </div>
               <div class="search-icon d-flex justify-content-end">
                 <button class="search-btn" type="button" data-toggle="collapse" data-
target="#search-form" aria-expanded="false" aria-controls="search-form">
```

21

```
            <i class="fa fa-search fa-2x" aria-hidden="true"></i>
          </button>
         </div>
                    </div>
                  </div>
          <button class="navbar-toggler navbar-toggler-right" type="button" data-
toggle="collapse" data-target="#CollapsingNavbar" aria-controls="CollapsingNavbar"
aria-expanded="false" aria-label="Toggle navigation"><span class="navbar-toggler-
icon"></span></button>
            </nav>
          </div>
         </div>
        </div>
        <div class="finra-container">
         <div class="row">
          <div class="col">

          </div>
         </div>
        </div>
          </header>


   <div id="main-wrapper" class="layout-main-wrapper clearfix">
          <div id="main" class="container-fluid finra-container">

 <section class="row">
   <div class="col-lg-7 specific-crumbs region region-breadcrumb">
     <div id="block-finra-bootstrap-sass-breadcrumbs" data-block-plugin-
id="system_breadcrumb_block" class="breadcrumbs__container">



 <nav role="navigation" aria-label="breadcrumb">
   <ol class="breadcrumb">
          <li class="breadcrumb-item">
      <a href="/arbitration-mediation">FINRA Dispute Resolution Services</a>
     </li>
          </ol>
 </nav>

</div>

  </div>
</section>

      <div class="row row-offcanvas row-offcanvas-left clearfix">
```

```
                    <div class="sidebar col-lg-3 finra-sidebar-first menu-top"
id="sidebar_first">
            <aside class="section menu-sticky" role="complementary">


                    <div class="layout--left-nav">
            <div onclick="this.classList.toggle('active')" class="d-sm-block d-lg-none
left-nav-toggle arrow-down" data-toggle="collapse" data-target=".layout-collapse">
                EXPLORE THIS SECTION
            </div>
            <div class="left-nav-collapse collapse layout-collapse">
                <div class="views-exposed-form bef-exposed-form block block-views
block-views-exposed-filter-blockaao-views-page-1" data-drupal-selector="views-
exposed-form-aao-views-page-1" id="block-exposedformaao-viewspage-1" data-block-
plugin-id="views_exposed_filter_block:aao_views_page_1">


  <div class="content">

<form action="/arbitration-mediation/arbitration-awards-online" method="get" id="views-
exposed-form-aao-views-page-1" accept-charset="UTF-8">
  <div class="form-row">
  <fieldset class="radio-two-column fieldgroup form-composite js-form-item form-item js-
form-wrapper form-group" data-drupal-selector="edit-aao-radios" id="edit-aao-radios--
wrapper">
    <legend>
  <span class="fieldset-legend">Search</span>
  </legend>
  <div class="fieldset-wrapper">
        <div id="edit-aao-radios" class="radio">


  <div class="js-form-item js-form-type-radio radio form-check js-form-item-aao-radios
form-item-aao-radios">
          <input class="radio-two-column form-radio form-check-input" data-drupal-
selector="edit-aao-radios-all" type="radio" id="edit-aao-radios-all" name="aao_radios"
value="all" checked="checked">
        <label  class="js-form-item js-form-type-radio radio form-check js-form-item-aao-
radios form-item-aao-radios form-check-label" for="edit-aao-radios-all">
      All Cases
    </label>
            </div>



  <div class="js-form-item js-form-type-radio radio form-check js-form-item-aao-radios
form-item-aao-radios">
```



```
            <input class="radio-two-column form-radio form-check-input" data-drupal-
selector="edit-aao-radios-case-id" type="radio" id="edit-aao-radios-case-id"
name="aao_radios" value="case_id">
        <label  class="js-form-item js-form-type-radio radio form-check js-form-item-aao-
radios form-item-aao-radios form-check-label" for="edit-aao-radios-case-id">
    Case ID
  </label>
            </div>
</div>


        </div>
</fieldset>



  <fieldset class="js-form-item js-form-type-textfield form-type-textfield js-form-item-
search form-item-search form-no-label form-group">
            <input placeholder="Case Number, Keyword or Name" data-drupal-
selector="edit-search" type="text" id="edit-search" name="search" value="17-01857"
size="30" maxlength="128" class="form-text form-control" />


        </fieldset>



  <fieldset class="js-form-item js-form-type-textfield form-type-textfield js-form-item-field-
case-id-text form-item-field-case-id-text form-no-label form-group">
            <input placeholder="Case Number" data-drupal-selector="edit-field-case-id-
text" type="text" id="edit-field-case-id-text" name="field_case_id_text" value="" size="30"
maxlength="128" class="form-text form-control" />


        </fieldset>



  <fieldset class="js-form-item js-form-type-textfield form-type-textfield js-form-item-field-
core-official-dt-min form-item-field-core-official-dt-min form-group">
        <label for="edit-field-core-official-dt-min">Date of Award</label>
            <input placeholder="mm/dd/yyyy" class="bef-datepicker form-text form-
control" data-drupal-selector="edit-field-core-official-dt-min" type="text" id="edit-field-
core-official-dt-min" name="field_core_official_dt[min]" value="" size="30"
maxlength="128" />


        </fieldset>



  <fieldset class="js-form-item js-form-type-textfield form-type-textfield js-form-item-field-
core-official-dt-max form-item-field-core-official-dt-max form-group">
```

```
            <label for="edit-field-core-official-dt-max">And</label>
                    <input placeholder="mm/dd/yyyy" class="bef-datepicker form-text form-
control" data-drupal-selector="edit-field-core-official-dt-max" type="text" id="edit-field-
core-official-dt-max" name="field_core_official_dt[max]" value="" size="30"
maxlength="128" />


                </fieldset>
<fieldset data-drupal-selector="edit-field-document-type-tax" id="edit-field-document-
type-tax--wrapper" class="fieldgroup form-composite js-form-item form-item js-form-
wrapper form-group">
    <legend>
    <span class="fieldset-legend">Document Type</span>
  </legend>
  <div class="fieldset-wrapper">
            <div id="edit-field-document-type-tax" class="checkbox"><div data-drupal-
selector="edit-field-document-type-tax" id="edit-field-document-type-tax--wrapper"
class="fieldgroup form-composite form-checkboxes">



  <div class="js-form-item js-form-type-checkbox checkbox form-check js-form-item-field-
document-type-tax-4224 form-item-field-document-type-tax-4224">
            <input data-drupal-selector="edit-field-document-type-tax-4224"
type="checkbox" id="edit-field-document-type-tax-4224"
name="field_document_type_tax[4224]" value="4224" class="form-checkbox form-
check-input">
        <label  class="js-form-item js-form-type-checkbox checkbox form-check js-form-
item-field-document-type-tax-4224 form-item-field-document-type-tax-4224 form-check-
label" for="edit-field-document-type-tax-4224">
        Award
    </label>
            </div>



  <div class="js-form-item js-form-type-checkbox checkbox form-check js-form-item-field-
document-type-tax-4890 form-item-field-document-type-tax-4890">
            <input data-drupal-selector="edit-field-document-type-tax-4890"
type="checkbox" id="edit-field-document-type-tax-4890"
name="field_document_type_tax[4890]" value="4890" class="form-checkbox form-
check-input">
        <label  class="js-form-item js-form-type-checkbox checkbox form-check js-form-
item-field-document-type-tax-4890 form-item-field-document-type-tax-4890 form-check-
label" for="edit-field-document-type-tax-4890">
    Motion to Confirm
    </label>
            </div>
```

25

```
  <div class="js-form-item js-form-type-checkbox checkbox form-check js-form-item-field-
  document-type-tax-4594 form-item-field-document-type-tax-4594">
          <input data-drupal-selector="edit-field-document-type-tax-4594"
  type="checkbox" id="edit-field-document-type-tax-4594"
  name="field_document_type_tax[4594]" value="4594" class="form-checkbox form-
  check-input">
        <label  class="js-form-item js-form-type-checkbox checkbox form-check js-form-
  item-field-document-type-tax-4594 form-item-field-document-type-tax-4594 form-check-
  label" for="edit-field-document-type-tax-4594">
      Motion to Vacate
  </label>
            </div>
```

```
  <div class="js-form-item js-form-type-checkbox checkbox form-check js-form-item-field-
  document-type-tax-4235 form-item-field-document-type-tax-4235">
          <input data-drupal-selector="edit-field-document-type-tax-4235"
  type="checkbox" id="edit-field-document-type-tax-4235"
  name="field_document_type_tax[4235]" value="4235" class="form-checkbox form-
  check-input">
        <label  class="js-form-item js-form-type-checkbox checkbox form-check js-form-
  item-field-document-type-tax-4235 form-item-field-document-type-tax-4235 form-check-
  label" for="edit-field-document-type-tax-4235">
      Order to Confirm
  </label>
            </div>
```

```
  <div class="js-form-item js-form-type-checkbox checkbox form-check js-form-item-field-
  document-type-tax-4234 form-item-field-document-type-tax-4234">
          <input data-drupal-selector="edit-field-document-type-tax-4234"
  type="checkbox" id="edit-field-document-type-tax-4234"
  name="field_document_type_tax[4234]" value="4234" class="form-checkbox form-
  check-input">
        <label  class="js-form-item js-form-type-checkbox checkbox form-check js-form-
  item-field-document-type-tax-4234 form-item-field-document-type-tax-4234 form-check-
  label" for="edit-field-document-type-tax-4234">
      Order to Vacate
  </label>
            </div>
```

```
    <div class="js-form-item js-form-type-checkbox checkbox form-check js-form-item-field-
document-type-tax-4236 form-item-field-document-type-tax-4236">
            <input data-drupal-selector="edit-field-document-type-tax-4236"
type="checkbox" id="edit-field-document-type-tax-4236"
name="field_document_type_tax[4236]" value="4236" class="form-checkbox form-
check-input">
        <label  class="js-form-item js-form-type-checkbox checkbox form-check js-form-
item-field-document-type-tax-4236 form-item-field-document-type-tax-4236 form-check-
label" for="edit-field-document-type-tax-4236">
     Other
    </label>
            </div>


    </div>
</div>

        </div>
</fieldset>



   <fieldset class="js-form-item js-form-type-select form-type-select js-form-item-field-
forum-tax form-item-field-forum-tax form-group">
        <label for="edit-field-forum-tax">Forum</label>

<select data-drupal-selector="edit-field-forum-tax" id="edit-field-forum-tax"
name="field_forum_tax" class="form-select form-control custom-seclect-style"><option
value="All" selected="selected">- Any -</option><option value="150901">All
Forums</option><option value="4226">AMEX</option><option
value="4237">CBOE</option><option value="4225">FINRA</option><option
value="4229">MSRB</option><option value="4223">NASD</option><option
value="4228">NYSE</option><option value="4230">Pacific
Exchange/ARCA</option><option value="4227">PHLX</option></select>
               </fieldset>



   <fieldset class="js-form-item js-form-type-select form-type-select js-form-item-field-
special-case-type-tax form-item-field-special-case-type-tax form-group">
        <label for="edit-field-special-case-type-tax">Panel Composition</label>

<select data-drupal-selector="edit-field-special-case-type-tax" id="edit-field-special-case-
type-tax" name="field_special_case_type_tax" class="form-select form-control custom-
seclect-style"><option value="All" selected="selected">- Any -</option><option
value="4233">All Public Panel</option><option value="4238">Large Case
Project</option><option value="4232">Majority Public Panel</option><option
```

value="4231">Public Arbitrator Pilot Program</option><option value="150801">Special Proceeding</option></select>
          </fieldset>
<div data-drupal-selector="edit-actions" class="form-actions js-form-wrapper form-group" id="edit-actions"><input data-drupal-selector="edit-submit-aao-views" type="submit" id="edit-submit-aao-views" value="Apply" class="button js-form-submit form-submit btn btn-primary form-control" />

<input data-drupal-selector="edit-reset" type="submit" id="edit-reset" name="op" value="Reset Filters" class="button js-form-submit form-submit btn btn-primary form-control" />

</div>

</div>

</form>

  </div>
 </div>


            </div>
            </div>

        </aside>
       </div>

      <main  class="main-content col" id="content" role="main">
        <section class="section">
         <a id="main-content" tabindex="-1"></a>
          <div id="block-finra-bootstrap-sass-system-main" data-block-plugin-id="system_main_block" class="block block-system block-system-main-block">


    <div class="content">
    <div class="views-element-container">
<div class="view view-aao-views view-id-aao_views view-display-id-page_1 js-view-dom-id-4de797112eceed28e26a28e380c8528c5d4a4fdece5c6c2dc9f4cb43ed36955b">


    <div class="view-header">
     <h1>Arbitration Awards Online</h1>
     <div class="header_sort_aao"> <b>Sort: </b> Most Relevant I <a href="https://www.finra.org/arbitration-mediation/arbitration-awards-online?aao_radios=all&amp;field_case_id_text=&amp;search=17-01857&amp;field_forum_tax=All&amp;field_special_case_type_tax=All&amp;field_core_official_dt%5Bmin%5D=&amp;field_core_official_dt%5Bmax%5D=&amp;order=field_cor

e_official_dt&amp;sort=DESC" data-toggle="tooltip" data-placement="top" title="Sort
results by date with the most recent first.">Most Recent</a> </div>
   <div class="globalAlignRight">Displaying 1 - 1 of 1</div>
   </div>

   <div class="view-content">
   <div class="table-responsive col">
<table class="table views-table views-view-table cols-5">
   <thead class=">
   <tr>
                           <th id="view-field-award-document-file-media-table-
column" class="views-field views-field-field-award-document-file-media"
scope="col">Award Document</th>
                           <th class="width50 views-field views-field-views-
conditional-field-7" id="view-views-conditional-field-7-table-column" scope="col">Case
Summary</th>
                           <th id="view-field-document-type-tax-table-column"
class="views-field views-field-field-document-type-tax" scope="col">Document
Type</th>
                           <th id="view-field-forum-tax-table-column" class="views-
field views-field-field-forum-tax" scope="col">Forum</th>
                           <th class="width12 views-field views-field-field-core-
official-dt" id="view-field-core-official-dt-table-column" scope="col">Date of Award</th>
         </tr>
   </thead>
   <tbody>
      <tr>
                               <td headers="view-field-award-
document-file-media-table-column" class="views-field views-field-field-award-document-
file-media"><a href="/sites/default/files/aao_documents/17-01857.pdf"
target="_blank">17-01857</a>        </td>
                               <td headers="view-views-
conditional-field-7-table-column" class="views-field views-field-views-conditional-field-
7"><div class="push-down-15">
<div><span class="spanBold label">Claimant(s): </span> IRA of Jonathan M. Seltzer,
IRA of Susan O. Seltzer, SEP IRA of Jonathan M. Seltzer, Rev Trust of Jonathan M.
Seltzer, Rev Trust of Susan O. Seltzer</div>
<div><span class="spanBold label">Claimant Representative(s): </span> Jonathan and
Susan Seltzer </div>
<div><span class="spanBold label">Respondent(s):  </span> U.S. Bancorp Investments,
Inc. </div>
<span class="spanBold label">Respondent Representative(s): </span>  Shawn Larsen
Bright
</div>
<div>
<div><span class="spanBold label">Neutral(s): </span> Ilene T. Gormly, Tina Alison
Davis, Rick Gale Doty </div>
<div><span class="spanBold label">Hearing Site: </span>Denver, CO</div>
</div>

```
        </td>
                                            <td headers="view-field-
document-type-tax-table-column" class="views-field views-field-field-document-type-
tax">Award        </td>
                                            <td headers="view-field-forum-
tax-table-column" class="views-field views-field-field-forum-tax">FINRA        </td>
                                            <td headers="view-field-core-
official-dt-table-column" class="views-field views-field-field-core-official-dt">09/05/2018
</td>
            </tr>
        </tbody>
</table>
</div>

    </div>


        </div>
</div>

    </div>
  </div>


            </section>
            </main>


        </div>
        </div>
          </div>


    <div id = "article-columns" class="adjustable-columns">
                        </div>
    <footer id="FINRA_footer" class="site-footer">
          <div class="container-fluid">
              <div class="finra-container">
          <div class ="row">
            <section class="col col-4 region region-footer-first">
        <a href="/" title="Home" rel="home" class="navbar-brand">
            <img
src="/themes/custom/finra_bootstrap_sass/images/FINRA_Logo_Web_Rev.png"
alt="Home" class="img-fluid d-inline-block align-top" />

    </a>
    <nav role="navigation" aria-labelledby="block-finramainnavigation-3-menu" id="block-
finramainnavigation-3" data-block-plugin-id="system_menu_block:finra-main-navigation"
class="block block-menu navigation menu--finra-main-navigation">
```

```
<h2 class="sr-only" id="block-finramainnavigation-3-menu">FINRA Main
Navigation</h2>


                    <ul block="block-finramainnavigation-3" class="clearfix nav navbar-
nav">
            <li class="nav-item menu-item--collapsed">
                <a href="/rules-guidance" class="nav-link" data-drupal-link-system-
path="node/105256">Rules &amp; Guidance</a>
        </li>
          <li class="nav-item menu-item--collapsed">
                <a href="/registration-exams-ce" class="nav-link" data-drupal-link-system-
path="node/126826">Registration, Exams &amp; CE</a>
        </li>
          <li class="nav-item menu-item--collapsed">
                <a href="/events-training" class="nav-link" data-drupal-link-system-
path="node/105306">Events &amp; Training</a>
        </li>
          <li class="nav-item menu-item--collapsed">
                <a href="/filing-reporting" class="nav-link" data-drupal-link-system-
path="node/135036">Filing &amp; Reporting</a>
        </li>
          <li class="nav-item menu-item--collapsed">
                <a href="/compliance-tools" class="nav-link" data-drupal-link-system-
path="node/136611">Compliance Tools</a>
        </li>
          <li class="nav-item menu-item--collapsed menu-item--active-trail">
                <a href="/investors" class="nav-link active" data-drupal-link-system-
path="node/126766">For Investors</a>
        </li>
    </ul>


  </nav>
<nav role="navigation" aria-labelledby="block-finrautilitymenu-2-menu" id="block-
finrautilitymenu-2" data-block-plugin-id="system_menu_block:finra-utility-menu"
class="block block-menu navigation menu--finra-utility-menu">

  <h2 class="sr-only" id="block-finrautilitymenu-2-menu">FINRA Utility Menu</h2>


                    <ul block="block-finrautilitymenu-2" class="clearfix nav navbar-nav">
            <li class="nav-item menu-item--collapsed">
                <a href="/about" class="nav-link" data-drupal-link-system-
path="node/135106">About FINRA</a>
        </li>
          <li class="nav-item menu-item--collapsed">
```

```
                    <a href="/careers" class="nav-link" data-drupal-link-system-
path="node/135166">Careers</a>
            </li>
              <li class="nav-item menu-item--collapsed">
                    <a href="/media-center" class="nav-link" data-drupal-link-system-
path="node/136031">Media Center</a>
            </li>
              <li class="nav-item">
                    <a href="/contact-finra" class="nav-link" data-drupal-link-system-
path="node/135416">Contact Us</a>
            </li>
              <li class="nav-item">
                    <a href="https://brokercheck.finra.org" class="nav-link">BrokerCheck</a>
            </li>
        </ul>


  </nav>

  </section>

            <div class="col-lg-8 col-md-6 finra-contacts">
              <div class="row">
                    <section class="row region region-footer-highlight">
    <div id="block-footerhighlight" data-block-plugin-id="block_content:13129ca4-9a12-
445a-8240-396c465d4de4" class="block block-block-content block-block-
content13129ca4-9a12-445a-8240-396c465d4de4">


    <div class="content">

        <div class="clearfix text-formatted field field--name-body field--type-text-with-
summary field--label-hidden field__item"><div>
<div class="highlight-text">
<p><a class="footer-link" href="/arbitration-mediation">ARBITRATION &amp;
MEDIATION</a></p>
<span>FINRA operates the largest securities dispute resolution forum in the United
States</span></div>

<div class="btn learn-more-btn"><a class="footer-link" href="/arbitration-
mediation"><span>Learn More</span></a></div>
</div>
</div>

  </div>
  </div>

  </section>
```

```
            </div>
            <div class="row">
                <section class="col-lg-5 col-md-12 col-sm-12 region region-footer-second">
    <div id="block-footercontacts1" data-block-plugin-id="block_content:c0b288c4-fa43-
4f28-869e-1e7dbba541f9" class="block block-block-content block-block-
contentc0b288c4-fa43-4f28-869e-1e7dbba541f9">


    <div class="content">

            <div class="clearfix text-formatted field field--name-body field--type-text-with-
summary field--label-hidden field__item"><div>
<p><a class="footer-link" href="/investors/have-a-problem/helpline-seniors">Securities
Helpline for Seniors<sup>®</sup></a></p>
<span>844-574-3577 (Mon-Fri 9am-5pm EST)</span></div>

<div>
<p><a class="footer-link" href="/contact-finra/whistleblower">Whistleblower Tip
Line</a></p>
<span>866-96-FINRA or <a href="/cdn-cgi/l/email-
protection#1166797862657d74737d7e6674635177787f63703f7e6376"><span
class="__cf_email__" data-
cfemail="7106191802051d14131d1e0614033117181f03105f1e0316">[email prote
cted]</span></a></span></div>

<div>
<p><a class="footer-link" href="/about/office-ombudsman">Office of the
Ombudsman</a></p>
<span>Report a concern about FINRA at 888-700-0028</span></div>
</div>

    </div>
  </div>

  </section>

                <section class="col-lg-5 col-md-12 col-sm-12 region region-footer-third">
    <div id="block-footercontacts2" data-block-plugin-id="block_content:0d011e02-69eb-
47fd-994a-587fbeb7b81e" class="block block-block-content block-block-
content0d011e02-69eb-47fd-994a-587fbeb7b81e">


    <div class="content">

            <div class="clearfix text-formatted field field--name-body field--type-text-with-
summary field--label-hidden field__item"><div>
<p><a class="footer-link" href="/investors/have-a-problem/file-complaint">Investor
Complaint Center</a></p>
```

```
<span>File a complaint about fraud or unfair practices.</span></div>

<div>
<p><a class="footer-link" href="/compliance-tools/finra-small-firm-helpline">Small Firm
Help Line</a></p>
<span>833-26-FINRA (Mon-Fri 9am-5pm ET)</span></div>

<div>
<p><a class="footer-link" href="/contact-finra/file-tip">File a Regulatory Tip</a></p>
<span>To report on abuse or fraud in the industry</span></div>
</div>

  </div>
 </div>

 </section>

        </div>
        <div class="row finra-legal">
          <section class="col-lg-5 col-md-12 col-sm-12 region region-footer-fourth">
   <nav role="navigation" aria-labelledby="block-footerlegallinks-menu" id="block-
footerlegallinks" data-block-plugin-id="system_menu_block:footer-legal-links"
class="block block-menu navigation menu--footer-legal-links">

  <h2 class="sr-only" id="block-footerlegallinks-menu">Footer Legal Links</h2>


            <ul block="block-footerlegallinks" class="clearfix nav navbar-nav">
          <li class="nav-item">
            <a href="/site-map" class="nav-link" data-drupal-link-system-
path="node/139246">Site Map</a>
        </li>
          <li class="nav-item">
            <a href="/privacy-policy" class="nav-link" data-drupal-link-system-
path="node/135876">Privacy Policy</a>
        </li>
          <li class="nav-item">
            <a href="/terms-of-use" class="nav-link" data-drupal-link-system-
path="node/139951">Terms of Use</a>
        </li>
     </ul>



 </nav>

 </section>

        <section class="row col-lg-5 col-md-12 col-sm-12 region region-footer-fifth">
```

```
<nav role="navigation" aria-labelledby="block-footerlegal2-menu" id="block-
footerlegal2" data-block-plugin-id="system_menu_block:footer-legal-2" class="block
block-menu navigation menu--footer-legal-2">

  <h2 class="sr-only" id="block-footerlegal2-menu">Footer Legal 2</h2>


                <ul block="block-footerlegal2" class="clearfix nav navbar-nav">
            <li class="nav-item">
              <a href="/contact-finra" class="nav-link" data-drupal-link-system-
path="node/135416">Contact</a>
        </li>
    </ul>



  </nav>
<div id="block-footerphonenumber" data-block-plugin-id="block_content:98025dd1-8f22-
479c-b7c7-74a09ba63883" class="block block-block-content block-block-
content98025dd1-8f22-479c-b7c7-74a09ba63883">
```



```
    <div class="content">

        <div class="clearfix text-formatted field field--name-body field--type-text-with-
summary field--label-hidden field__item"><p>301-590-6500</p></div>

  </div>
 </div>

 </section>

        </div>
        <div class="row">
           <section class="col-lg-5 order-lg-12 order-md-1 order-sm region region-
footer-sixth">
   <div id="block-finrasociallinks" data-block-plugin-id="block_content:79395185-afca-
4832-b562-50b574a57497" class="block block-block-content block-block-
content79395185-afca-4832-b562-50b574a57497">


    <div class="content">

        <div class="clearfix text-formatted field field--name-body field--type-text-with-
summary field--label-hidden field__item"><p><a
href="https://www.twitter.com/finra"><span class="fontawesome-icon-inline"><span
class="fa-2x fa-inverse fa-twitter fab"></span></span></a> <a
href="https://www.linkedin.com/company/finra/"><span class="fontawesome-icon-
inline"><span class="fa-2x fa-inverse fa-linkedin fab"></span></span></a> <a
```

href="https://www.facebook.com/FinancialIndustryRegulatoryAuthority/"><span
class="fontawesome-icon-inline"><span class="fa-2x fa-facebook fa-inverse
fab"></span></span></a> <a class="footer-link" href="/newsroom/follow-finra"><span
class="fontawesome-icon-inline"><span class="fa-2x fa-inverse fa-rss
fas"></span></span></a> <a
href="https://tools.finra.org/email_subscriptions/?lists=prof"><span class="fontawesome-
icon-inline"><span class="fa-2x fa-envelope fa-inverse far"></span></span></a></p>
</div>

  </div>
 </div>

 </section>

        <section class="col-lg-7 order-lg-1 order-md-12 order-sm region region-
footer-seventh">
   <div id="block-finracopyright" data-block-plugin-id="block_content:150cdc5c-6b33-
477b-95ac-565605bddbb3" class="block block-block-content block-block-
content150cdc5c-6b33-477b-95ac-565605bddbb3">

    <div class="content">

        <div class="clearfix text-formatted field field--name-body field--type-text-with-
summary field--label-hidden field__item"><p>©2021 FINRA. All Rights
Reserved.</p>

<p>FINRA IS A REGISTERED TRADEMARK OF THE FINANCIAL INDUSTRY
REGULATORY AUTHORITY, INC.</p>
</div>

  </div>
 </div>

 </section>

        </div>
        </div>
       </div>
       </div>
          </div>
       </footer>
  </div>
</div>

  </div>



```
<script data-cfasync="false" src="/cdn-cgi/scripts/5c5dd728/cloudflare-static/email-
decode.min.js"></script><script type="application/json" data-drupal-selector="drupal-
settings-
json">{"path":{"baseUrl":"\/","scriptPath":null,"pathPrefix":"","currentPath":"arbitration-
mediation\/arbitration-awards-
online","currentPathIsAdmin":false,"isFront":false,"currentLanguage":"en","currentQuery":
{"aao_radios":"all","field_case_id_text":"","field_core_official_dt":{"min":"","max":""},"field_
forum_tax":"All","field_special_case_type_tax":"All","search":"17-
01857"}},"pluralDelimiter":"\u0003","suppressDeprecationErrors":true,"ajaxPageState":{"li
braries":"anchor_link\/popup,better_exposed_filters\/auto_submit,better_exposed_filters\
/datepickers,better_exposed_filters\/general,bootstrap_barrio\/breadcrumb,bootstrap_ba
rrio\/form,bootstrap_barrio\/gesta_opensans,bootstrap_barrio\/global-
styling,chosen\/drupal.chosen,chosen_lib\/chosen.css,core\/html5shiv,core\/jquery.ui.dat
epicker,finra_bootstrap_sass\/aaoRadio,finra_bootstrap_sass\/gesta,finra_bootstrap_sa
ss\/opensans,finra_bootstrap_sass\/searchButton,finra_bootstrap_sass\/superfishFix,finr
a_solrsearch\/searchViews,fontawesome\/fontawesome.webfonts.shim,superfish\/superf
ish,superfish\/superfish_style_blue,superfish\/superfish_supersubs,superfish\/superfish_
supposition,system\/base,views\/views.module","theme":"finra_bootstrap_sass","theme_t
oken":null},"ajaxTrustedUrl":{"\/arbitration-mediation\/arbitration-awards-
online":true,"\/search":true},"superfish":{"superfish-finra-homepage-nav-w-
megame":{"id":"superfish-finra-homepage-nav-w-
megame","sf":{"animation":{"opacity":"show","height":"show"},"speed":"slow","autoArrows
":false,"disableHI":true},"plugins":{"supposition":true,"supersubs":true}}},"elasticSearch":{"
url":"https:\/\/searchapi.dev.finra.org\/search"},"better_exposed_filters":{"datepicker":true,
"slider":false,"settings":[],"datepicker_options":[]},"chosen":{"selector":"select[id*=\u0022e
dit-field\u0022]:visible, select[id*=\u0022edit-config\u0022]:visible, select[id*=\u0022edit-
options-value\u0022]:visible,select[id*=\u0022edit-options-
fields\u0022]:visible,select[id=\u0022edit-node-
ids\u0022]","minimum_single":0,"minimum_multiple":0,"minimum_width":0,"use_relative_
width":false,"options":{"disable_search":false,"disable_search_threshold":0,"allow_single
_deselect":false,"search_contains":true,"placeholder_text_multiple":"Choose some
options","placeholder_text_single":"Choose an option","no_results_text":"No results
match","max_shown_results":null,"inherit_select_classes":true}},"ajax":[],"user":{"uid":0,"
permissionsHash":"50d7526452663173e98c372911b5d4145a534da9a86de83bb828414
46a5da07c"}}</script>
<script
src="/sites/default/files/js/js_7PTB2C5JtGKdnVr4S7jfQetfflrDcAQxMSYg4bioP4k.js"></s
cript>

  <script
type="text/javascript">window.NREUMII(NREUM={});NREUM.info={"beacon":"bam-
cell.nr-
data.net","licenseKey":"d7b664b4b4","applicationID":"486102969","transactionName":"Y
F0DMkEAWRcAARddC1kXIAVHCFgKTiYRQRRWVD0QWgRAFz0wDEEQXIYGOmUIU
hMxAwRRJ1hWFRRcDVsBE09dXAVZXA0D","queueTime":0,"applicationTime":976,"atts
":"TBoARAkaShk=","errorBeacon":"bam-cell.nr-data.net","agent":""}</script></body>
</html>
```

37