Civil Action No. 1

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Susan Seltzer

Plaintiff

v.

FINANCIAL INDUSTRY REGULATORY AUTHORITY

Case: 1:22-cv-00330
Assigned To : Cobb, Jia M.
Assign. Date : 2/2/2022
Description: Pro Se Gen. Civ. (F-DECK)

Civil Action No.

## MOTION FOR LEAVE TO FILE ADDRESS AND TELEPHONE NUMBER UNDER SEAL

Plaintiff Seltzer respectfully requests leave from this Court for the entry of an Order granting Plaintiff the right to file under seal Plaintiff's address and telephone number in this new Civil Action No. for the following reason:

1. January 23, 2004, Petitioner Seltzer's home address, social security number, maiden name, and birth date were filed without service to Plaintiff Seltzer in *Kosen et al (*Civil Action No. 1:02CV00082 (KBJ) by Respondent's Counsel for AEFA, now Ameriprise. Petitioner Seltzer did not learn of the filing of her NASD U-4 and U-5, with unredacted personal information, filed in a confidential NASD Arbitration, *without service to her,* until May 2021.

2. Plaintiff Seltzer was Pro Se in NASD 03-02699 and was never served the filings in Docket 35, 35-1, 35-2 and 35-3 in 2004 and had no idea of the unredacted personal information filings in this docket until August 16, 2020, along with her Confidential EEOC Complaint filing, exchanged in mediation, and filed without seal in violation of

LCvR 84.9 (a) **Confidential Treatment** (1) and (3), also disclosing her birthdate and address.

3. The unredacted social security number, address and birthdate were discovered by Petitioner Seltzer on August 16, 2020, due to a Google Tag to her name with direct links to the *Kosen et al* documents, through Pacer, to Seltzer's unredacted social security number in Docket 35-2, created and published by Courtlistener.com in 2020.

4. In Docket 59 in *Kosen et al,* Petitioner Seltzer requested her social security number and address be sealed.

5. As a result of *Anu Allen v Chanel, Inc*[1], the court permitted Google Tags to any document filed in State or Federal Court. Courtlistener.com agreed to "de-index" the Google tags (index) to Petitioner Seltzer's name and social security number in a Google Search. However, the information is still unredacted and can be tagged at any time again by any website or courtlistener.com, unless the unredacted personal information is sealed.

6. Plaintiff Seltzer and her spouse have been subject to identity theft. Plaintiff Seltzer does not have a legal address for a court filing other than her home address.

Given the foregoing, Petitioner Seltzer respectfully requests leave to file documents in new Civil Case Seltzer v FINANCIAL INDUSTRY REGULATORY AUTHORITY with her address/telephone number under seal, in accordance with LCvR 5.1 (H).

Respectfully submitted,                                    January 31, 2022

*[signature]*

---

[1] *Anu Allen v. Chanel, Inc.*, Case No. 12-cv-6758 (LAP) Exhibit D, Writ of Mandamus, 21-cv-02093RBW

Civil Action No. 3

Susan Seltzer

Plaintiff, PRO SE

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2022, I served a true and correct copy of the attached Motion for Leave to file Plaintiff Seltzer's Address and Telephone Under Seal and with the Proposed Order to File Plaintiff's Address and Telephone Number under seal in New Case Seltzer v FINANCIAL INDUSTRY REGULATORY AUTHORITY et al by Federal Express to:

Clerk of Court

United States District Court of the District of Columbia

333 Constitution Avenue N.W.

Washington D.C.

Room 1225

Respectfully submitted,

Susan Seltzer, Plaintiff, Pro Se,

Dated: January 31, 2022

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Susan Seltzer

Plaintiff

v.

FINANCIAL INDUSTRY
REGULATORY AUTHORITY

Civil Action No.

Civil Action No. 4

## PROPOSED ORDER: LEAVE TO FILE ADDRESS AND TELEPHONE NUMBER IN CIVIL CASE Seltzer v FINANCIAL INDUSTRY REGULATORY AUTHORITY

Plaintiff Seltzer has unredacted social security number, birthdate, and addresses filed without service to her on January 23, 2004, in *Kosen et al,* Docket 35-2. Plaintiff Seltzer has been subject to identity theft. Plaintiff Seltzer is Pro Se and seeks to minimize further identity theft by filing her address and telephone number under seal in Case # in all documents filed in this Case.

THEREFORE, IT IS ORDERED, Plaintiff's Motion for Leave to File Address and Telephone Number in Civil Case # under seal is granted.

DATED:                                                          BY THE COURT



                                                                The Honorable Judge