**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **SUSAN SELTZER,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Civil Action No.:  1:22-cv-00330 (JMC)** |
| | * | |
| **FINANCIAL INDUSTRY** | * | **Honorable Judge Jia M. Cobb** |
| **REGULATORY AUTHORITY** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## [PROPOSED] ORDER

UPON CONSIDERATION of the Defendant Financial Industry Regulatory Authority, Inc.'s Motion to Dismiss Plaintiff's Complaint, any opposition thereto, and for good cause shown, it is this ___ day of _____, 2022, hereby

ORDERED, that the Defendant's Motion to Dismiss be and hereby is GRANTED; and it is further

ORDERED, that the Complaint in its entirety is hereby DISMISSED WITH PREJUDICE; and it is further

ORDERED, that the Clerk shall close this case.

_____
The Honorable Judge Jia M. Cobb
United States District Court for the District of
Columbia