Google

 https://www.finra.org â€º arbitration-mediation â€º arbitration-awards-online

## About the source ⓘ

## Financial Industry Regulatory Authority

Corporation

The Financial Industry Regulatory Authority is a private American corporation that acts as a self-regulatory organization that regulates member brokerage firms and exchange markets. FromÂ Wikipedia

### In their own words

Every investor in America relies on one thing: fair financial markets. To protect investors and ensure the market's integrity, FINRA is a government-authorized not-for-profit organization that oversees U.S. broker-dealers. We work every day to ensure that everyone can participate in the market with confidence. FromÂ www.finra.org

### Site first indexed by Google

More than 10 years ago

### Web results about the source

From searches for the source's names

https://www.investopedia.com â€º Degrees & Certifications â€º Finra Exams                         •••

### Financial Industry Regulatory Authority (FINRA)

The Financial Industry Regulatory Authority (FINRA) is a nongovernmental organization that writes and enforces rules for brokers and broker-dealers.

https://smartasset.com â€º financial-advisor â€º all-about-finra                         •••

### All About FINRA (Financial Industry Regulatory Authority)

November 29, 2021Â â€” FINRA stands for Financial Industry Regulatory Authority. This non-governmental agency sets rules to protect investors. Here's what you need to know.

https://www.fool.com â€º knowledge-center â€º what-is-finra                         •••

### What Is FINRA?

July 21, 2016Â â€” FINRA, or the Financial Industry Regulatory Authority, regulates securities brokers and the firms they work for.

⌄ Show more

## About the topic ⓘ

### Related results

https://www.sos.state.mn.us â€º media â€º check-the-ticker-sbc  PDF                         •••

### Untitled

Seltzer. 9Contact Name. Phone Number. Entities that own, lease, or have any financial interest in agricultural land or land c apable of being ...

March 15, 2017

https://www.sec.gov â€º comments â€º df-title-ix â€º investor-advocate â€º investoradvocate-21  PDF                         •••

### MEMORANDUM TO: Title IX Provisions of the Dodd-Frank Wall ...

Telephone Conference with Susan Seltzer, The Derivative Project ... tools, particularly given FINRA's current warning to brokers on how to manage risks of.

August 26, 2011

https://www.dol.gov â€º sites â€º dolgov â€º files â€º EBSA â€º laws-and-regulations â€º rules-and-regulations â€º public-com...  PDF                         •••

### Public Comment

Susan Seltzer. President. The Derivative Project ... FINRA took no action against Charles Schwab despite knowledge of these regulatory breaches.

December 30, 2010

Help     Feedback     Privacy     Terms     Search activity