CASE No. 22-cv-330JMC

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**SUSAN SELTZER**

*Plaintiff*

                                                      **Civil Case No.: 1:22-cv-0330**
                                                    The Honorable Judge Jia M. Cobb

v.

**FINANCIAL INDUSTRY REGULATORY AUTHORITY INC.**

1735 K. Street N.E.
Washington D.C. 20006

*Defendant.*

### EMERGENCY MOTION TO RESEAL AND FOR PROTECTIVE ORDER

  Plaintiff, Susan Seltzer, proceeding pro se, respectfully moves this Court for an emergency order to reseal Plaintiff's address and for a protective order preventing further disclosure of Plaintiff's personal identifying information. In support of this motion, Plaintiff states as follows:

### I. BACKGROUND

  1. On February 16, 2022, this Court entered an order in Case No, 1:22-cv-0330JMC, sealing Plaintiff's address and telephone number due to privacy concerns, security risks, and personal safety. The relevant order is in the February 16, 2022, Minute Order and in Response to Plaintiff's Motion to file address and telephone number under seal in Docket 3, filed on February 2, 2022.

  2. Despite this prior sealing order, Plaintiff recently discovered that the Court unsealed and publicly docketed Plaintiff's address and telephone number without providing notice or an opportunity to object. The unsealing occurred on or about March 7, 2025.

3. Plaintiff was not informed of the Court's decision to unseal the address, nor provided any explanation as to why the order sealing the information was disregarded.

4. Plaintiff immediately contacted the Clerk's Office upon discovery of this issue, on March 12, 2025, identified the matter as an emergency, and has yet to receive a response or clarification regarding the unauthorized disclosure.

## II. LEGAL ARGUMENT

5. It is well established that courts have the authority to protect litigants' privacy and sensitive personal information from public disclosure. See *Doe v. Stegall*, 653 F.2d 180 (5th Cir. 1981) (recognizing the necessity of confidentiality measures to protect individuals from harm).

6. The Court's prior order sealing Plaintiff's address was issued for a legitimate reason, and its disclosure without notice violates Plaintiff's due process rights and places Plaintiff at potential risk.

7. Under Federal Rule of Civil Procedure 5.2(e), this Court has the discretion to order the sealing of personal identifying information to protect litigants from harm.

8. The unauthorized publication of Plaintiff's address on the docket not only contradicts the prior sealing order but also exposes Plaintiff to undue risks, including potential harassment and identity theft.

## III. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Immediately Reseal Plaintiff's address, telephone and any related filings containing personal identifying information; in related cases 1:21-cv-02093, 1:22-cv-0329 and unsealed documents published by the court despite the seal, in 1:02-cv-00082JMC. Plaintiff can provide the docket number in response to motion to seal in each of these cases and refile the relevant motions and orders; but respectfully requests in interest of expediency, an *immediate seal of address and telephone number* in this case and all related cases, as confirmed by the Docket and Motion in each

related case. In related case 1:22-cv-0329, the Motion to Seal is available in Docket 3 and the Order to Seal by the Court was Ordered in Minute Order on February 16, 2022. Plaintiff can also provide the Court the Order to Seal in 21-cv-02093JMC in the Minute Order under seal, mailed to Plaintiff. in a separate filing at her home address. Again, due to the Emergency, please seal address and the telephone number until I can provide the Court the mailed document to Plaintiff on August 19, 2021, for case No. 21-cv-02093JMC.

2. Direct the Clerk's Office to remove from public access any documents containing Plaintiff's address and ensure compliance with the prior sealing order(s);

3. Issue a Protective Order prohibiting further disclosure or reference to Plaintiff's address in any public filings or court proceedings;

4. Provide an Explanation as to why the prior order sealing Plaintiff's address was disregarded without notice; and grant any other relief the Court deems just and proper to prevent further harm to Plaintiff.

Respectfully submitted,                                                                                       DATED: March 12, 2025

/s/ *Susan Seltzer*
_____
Susan Seltzer
Pro Se Litigant
Seltzers1971@gmail.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 12, 2025, a true and correct copy of the foregoing document will be filed with the Clerk of Court of the United States District Court of the District of Columbia, using the CM/ECF system. Notification will be sent to the registered parties listed below.

Respectfully submitted,

/s/ *Susan Seltzer*
_____
Susan Seltzer
Pro Se Litigant
Seltzers1971@gmail.com

**SERVICE LIST**

Karin H. Warin, Esq
Ryan M. Duffy
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
1500 K. Street, N.W., Suite 330
Washington, DC 20005
Attorneys for Defendant Financial Industry Regulatory Authority, Inc.