CASE No. 22-cv-0330JMC

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

SUSAN SELTZER

*Plaintiff*

v.

          **Civil Action No. 1: 22-cv-0330 (JMC)**
          **Honorable Judge Jia M. Cobb**

FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.

*Defendant*

### MOTION FOR CLARIFICATION REGARDING UNSEALING OF SEALED ADDRESS

Plaintiff, Susan Seltzer, respectfully moves for clarification as to why the Court has suggested that she was responsible for the unsealing of her previously sealed address, despite court rules stating that only the Court has the authority to unseal such information.

Plaintiff was informed by Clerk's Office staff that her previously sealed address was unsealed because the cases were considered "closed cases," necessitating the initial Motion to Reseal. Plaintiff seeks clarification on:

1. Whether the Court officially determined that sealed records can be unsealed solely because a case is closed, and under what authority.

2. Why the Court has suggested Plaintiff was responsible for unsealing her address, when the Clerk's Office confirmed that they unsealed it due to case closure.

3. Whether this action was a clerical error and, if so, whether the Court will permanently reseal Plaintiff's address in all affected cases.

4. Continue to respectfully request the seal of address and subpoenas in Case 1:02-cv-00082JMC, as defined in Motion for Reconsideration and Subpoenas, ECF 45, Case 1:22-cv-0330JMC.

CASE No. 22-cv-0330JMC 2

Plaintiff reaffirms that she has at no time requested or facilitated the unsealing of her address and respectfully seeks an explanation from the Court on this matter.

Respectfully submitted,                                          DATED: March 21, 2025

/s/ *Susan Seltzer*
Susan Seltzer
Pro Se Litigant
Seltzers1971@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2025, a true and correct copy of the foregoing Motion for Clarification Regarding Unsealing of Proposed Addresses and Proposed Order were filed with the Clerk of Court using the CM/ECF system, which will send notification to all registered parties.

Respectfully submitted

/s/ *Susan Seltzer*
Susan Seltzer
Pro Se Litigant
Seltzers1971@gmail.com

**SERVICE LIST**

**Karin H. Warin, Esq.**
**Ryan M. Duffy**
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
1500 K Street, N.W., Suite 330
Washington, DC 20005
Attorneys for Defendant FINRA